1  **GEORGE D. CROOK, SBN #60889**
   **HENRY TOVMASSIAN, SBN #140388**
2  **NEWMAN.AARONSON.VANAMAN**
   14001 Ventura Boulevard
3  Sherman Oaks, CA 91423
   Telephone: (818) 990-7722
4  Facsimile: (818) 501-1306

5  Attorneys for Defendants and Counterlaimants
   ERIN MAGEE, by and through her guardian
6  ad litem MARYL MAGEE, and MARYL MAGEE

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  TORRANCE UNIFIED SCHOOL      ) CASE NO. CV 07-2164 CAS (RZx)
    DISTRICT,                    )
12                              ) **DECLARATION OF HENRY**
                  Plaintiff/Counterdefendant, ) **TOVMASSIAN REGARDING**
13                              ) **ADDITIONAL EVIDENCE OF**
    vs.                         ) **DEFENDANTS AND**
14                              ) **COUNTERCLAIMANTS**
    ERIN MAGEE, a minor, MARYL  )
15  MAGEE, and CALIFORNIA       ) **[Filed in Conjunction with**
    OFFICE OF ADMINISTRATIVE    ) **Defendants' Motion for Summary**
16  HEARINGS,                   ) **Judgment]**
                                )
17               Defendants/Counterclaimants. ) DATE:  March 31, 2008
18  ─────────────────────────── ) TIME:  10:00 a.m.
                                ) CTRM: 5
19  AND CONSOLIDATED ACTION     )      312 N. Spring Street
                                )      Los Angeles, California 90012
20  ─────────────────────────── )

21

22

23      **I, HENRY TOVMASSIAN, declare:**

24          1.      I am an attorney at law duly licensed to practice in this Court and am

25  of counsel to the firm of Newman Aaronson Vanaman, attorneys for Defendants

26  and Counterclaimants herein.  I have personal knowledge of the facts stated

27  herein; if called upon as a witness I could and would testify to the truth of these

28  matters.

─────────────────────────────────────────────────

                                   1

2.      On December 17, 2007 I attended the Individualized Education Program meeting scheduled for Defendant and Cross-Complainant Erin Magee.  A true and correct copy of the Individualized Education Program ("IEP") is attached hereto as Exhibit A, and incorporated herein by this reference.  Attached hereto as Exhibit B and incorporated herein by this reference is a true and correct copy of the Psychoeducational Assessment which I was given at the IEP.

3.      On February 7, 2008, another IEP meeting was held for Erin.  A true and correct copy of this IEP is attached hereto as Exhibit C and incorporated herein by this reference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of February, 2008 at Sherman Oaks, California.

By _____
Henry Tovmassian

Exhibit A

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### INDIVIDUALIZED EDUCATION PROGRAM

**Last Name:** _MAGEE_     **First Name:** _ERIN_     **IEP Date:** _12/17/2007_
**Last Annual IEP** _10/27/2005_  **Next Annual IEP** _11/13/2008_  **Original SPED Entry Date** _10/27/2005_
**Last Eval** _12/17/2007_  **Next Eval** _12/17/2010_

**Purpose of Meeting**  ☑Initial ☐Annual ☐Triennial ☐Transition ☐Pre-Expulsion ☐Interim
☐Expanded IEP ☐Other _____

**Birthdate** _6/4/1994_   **Age** _13_  **Gender** ☐Male ☑Female  **Grade** _Eighth grade_____  **Migrant** ☐Yes ☑No
**Native Language** _English_____  **EL** ☐Yes ☑No  ☐Redesignated  **Interpreter** ☐Yes ☐No
**Student ID** _101210_____  **SSN#:** _;_____ **SSID#** _____
**Residency** _10 Parent or Legal guardian_____

**Parent/Guardian** _MARLOWE/MARYL MAGEE_____  **Home Phone** _310-326-2694_____
**Home Address** _3249 WHIFFLETREE LANE_____  **Work Phone** ~~310-328-1712~~_____
**City** _TORRANCE_____  **Cell Phone** _____
**State** _CA_____
**Zip** _90505_____

**Parent/Guardian** _____  **Home Phone** _____
**Home Address** _____  **Work Phone** _____
**City** _____  **Cell Phone** _____
**State** _CA_____
**Zip** _____

**District of Residence** _Torrance Unified_____  **Residence School** _____
**Ethnicity Code/s  1.** _White_____  **2.** _____  **3.** _____  **4.** _____

---

**INDICATE DISABILITY/S**
**Note:** For initial and triennial IEPs, assessment must be done and discussed by IEP Team before determining eligibility.
**Primary** _Autism (AUT)_____  **Secondary** _None_____
**\* Low Incidence Disability**                                    ☐Severe ☐Non Severe
☐Not Eligible for Special Education ☐Exiting from Sp. ED. (returned to reg. ed/no longer eligible)
**Describe how student's disability affects involvement and progress in general curriculum(or for preschoolers, participation in appropriate activities)** _Erin presents with a significant behavioral profile. Review of her cumulative records indicates that many of these behaviors appear related to social deficits, difficulty with transitions poor coping skills. Her profile is consistent with Asperger's disorder. She meets the autistic like eligibility in the following areas:(1) An inability to use oral language for appropriate communication; Erin communicates well but does not engage in much reciprocal conversation. She informs. Over the course of the two assessment sessions, the examiner provided opportunities for Erin to ask questions or comment on the examiner's revelations. The examiner sought shared enjoyment during times of success. Erin was proud of her accomplishments and appreciated having an audience, but did not particularly appear to notice the examiner's reactions. The examiner mentioned some shared experiences, but Erin did not probe. Her conversations with the examiner revealed no curiosity about the person. Erin did wait while the examiner spoke or shared, but she did not remark upon the examiner's comments, but followed her own train of thought. She often looked impatient when the examiner spoke. However, when the examiner confessed a deficit (HTML and video games) Erin willingly provided resources for the examiner to access to improve her skills._
_(2) A history of extreme withdrawal or relating to people inappropriately and continued impairment in social interaction from infancy through early childhood; Erin continues to lack social awareness. She does not understand social cues and nuances. At Hebrew school her determination to enforce rules has led to physical altercations. Erin at times appears unaware that her behavior makes others uncomfortable. She can be aggressive with peers. She does not observe conventional personal space and lacks clues with regard to the emotions and feelings of others. As mentioned above, she does not make good social connections. It is important to note that while Erin has consistently_

3

*reported that she has friends, she cannot name any but the two girls in her current class that she has known for a month. She interacts with adults well, but does not related to peers on their level.*

*(3) An obsession to maintain sameness; Erin's mother reports that she must prepare her for changes in her routine. Erin is uncomfortable with transitions and resists change. She is rigid in her behavior and will not change course once she has begun without early intervention in the behavioral sequence. Access to peers and curriculum are effected.*

---

**For Initial Placements Only**
**Has the student received pre-referral early intervening service in the past two years** ☐Yes ☑No
**Date of initial referral for special education services** _____
**Person initiating the referral for special education service** _____
**Date District Received Parent Consent:** _____
**Date of initial meeting to determine eligibility** _____

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### SPECIAL FACTORS

**Student:** *ERIN MAGEE*                                          **IEP Date:** *12/17/2007*

**Did the student require assistive technology devices and/or services**   ☑No ☐Yes - Specify
_____

**Does the student require low incidence services, equipment and/or materials to meet educational goals?**
☑No ☐Yes (specify) _____
**Considerations if the student is blind or visually impaired:**  *NA*
**Considerations if the student is deaf or hard of hearing:**  *NA*
**EL** ☑No ☐Yes
**If the child is an English Learner, consider the language needs of the child as those needs relate to the IEP:**
_____

**Does student's behavior impede learning of self or others?** ☐No ☑Yes (describe) _____

   **If yes, specify positive behavior interventions, strategies, and supports** *Enrolled at Switzer School.*

      ☐Behavior Support Plan (BSP) attached            ☐Behavior Intervention Plan (BIP) attached

**Areas of need to be addressed in goals for student to receive educational benefit** *Pre-voc Goal.*

---

**Participation in State/District Wide Assessments (STAR)**

**(California Standards Test/CAT-6, California Modified Achievement Test, California Alternate Performance Assessment)**
☐Grade Exempt (before grade 2 and after grade 11)
☑MATH

☑SCIENCE _____

☑English Language Arts (ELA) _____

☐California Alternate Performance Assessment (CAPA) - Level  1.☐ 2.☐ 3.☐ 4.☐ 5.☐
      **The student will not participate in CAT-6/CST because** _____
      **Participation in the CAPA is appropriate because** _____

> **For 3, 4, & 5 preschoolers only (Desired Results Developmental Profile (DRDP))**
> ☐DRDP-R   ☐DRDP Access
> **Adaptations:**
> ☐Not Applicable ☐Augmentative or alternative communication system. ☐Alternative mode for written language ☐Visual support ☐Assistive equipment or device ☐Functional positioning ☐Sensory support ☐Alternative response mode

☑Other State-Wide/ District-Wide Assessments (Accommodations/Modifications) _____

☐ Other State-Wide/ District-Wide Assessment(s) Alternate _____
      **Alternate assessment(s) appropriate because:** _____

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

**Student:** _ERIN MAGEE_

**IEP Date:** _12/17/2007_

**Strengths/Preferences/Interests** _Erin has superior Reading skills. She is bright and creative and has a superior intellect. On the current survey, Mrs. Magee considers Erin to have strengths in her intelligence and creativity. She has strong spiritual leanings and great curiosity and humor._

**Concerns of parent relevant to educational progress**
_Mrs. Magee is primarily concerned with Erin's peer interaction, poor social skills, inability to shift direction in everyday life. Erin is hypersensitive to activity and noise and responds with violence when she is upset._

| CA Standards Test | | |
|---|---|---|
| | English/Language Arts | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| | Math | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| | Hist./Soc.Sciences | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| | Science | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| CMA | English/Language Arts | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| | Math | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| | Science | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |

| | | | | |
|---|---|---|---|---|
| **CAT-6** | English Language Arts _____ | Mathematics _____ | Hist/SocSci _____ | Science _____ |
| **CAPA** | English Language Arts _____ | Mathematics _____ | Science _____ | Other _____ |
| **CELDT** | Listening _____ | Speaking _____ | Reading _____ | Writing _____ |

**Other Assessment Data (e.g., curriculum assessment, other district assessment, etc.)** _Given the WJR-III, Erin's scores were as follows:_
_Broad Reading- SS 140, GE 18+_
_Passage Comprehension- SS 122, GE 18+_
_Writing Samples- SS 143, GE 18+_
_Math SKills- SS 102, GE 8.5_
_Math Reasoning- SS 109, GE 11.4_
_Applied Problems- SS 110, GE 13.0_
_Written Expression- SS 116, GE 12.9_
_Her lowest score was in the area of Math Fluency, which is a timed test. SHe had a SS of 94 and a GE of 7.1._

**Health** ( _____ ) ☐Pass ☐Fail ☐Other _____   **Vision Date** ( _____ ) ☐Pass ☐Fail ☐Other

**Preacademic/Academic/Functional Skills**
_Erin is at or above grade level in all academic areas._
**Communication Development**
_Not an area of concern at this time._
**Gross/Fine Motor Development** _Not an area of concern at this time._
**Social Emotional/Behavioral** _In the area of relating to people Erin is hit and miss. She can be outgoing with adults, but generally does not have good initiation skills with peers. She does not meet them on their level. Erin does not clearly understand social cues and social reciprocity. She is having a hard time making friends. She does not understand teasing in a friendly manner and perceives all teasing as insults and gets angry. She does not recognize that her reactions feed the behaviors of others. She can be very egocentric. She does not take a great deal of time with her appearance and is teased for it. She is involved in her work and does well when alone. She does not often seek out peers. Erin lacks strategies for dealing with frustration and and anger. She hits when she is upset. She has recently begun participating n Yoga and she says it helps her._
**Vocational** _Erin's behavior and lack of social skills will impact her._
**Adaptive/Daily Living Skills** _Erin lacks awareness of social conventions and mores. She does not have strong perspective taking skills. Overall, she is capable of caring for her own hygiene and she can use language to get her needs met._

**Health** *Not an area of concern at this time.*

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### ANNUAL GOALS AND OBJECTIVES

Student: *ERIN MAGEE*

IEP Date: *12/17/2007*

| | |
|---|---|
| **Area of Need:** *Behavior*<br>**Baseline:** *Based on teacher reports, Erin displays inappropriate social skills and has difficulty interacting with peers in a classroom situation.* | **Measurable Annual Goal#** *1, 2007/8*<br>*By 12/17/08, after engaging in inappropriate behavior, Erin will accept consequences of behavior without angry outbursts with 100% accuracy in three out of four trials as measured by observation and charting.*<br><br>☐**Enables student to be involved/progress in general curriculum/state standard** _____<br>☑**Addresses other educational needs resulting from the disability**<br>☐**Linguistically appropriate**<br>**Person(s) Responsible** *Student, Teacher, Parent* |

**Short-Term Objective:** *By 04/03/08, after engaging in inappropriate behavior, Erin will accept consequences of behavior without angry outbursts with 100% accuracy in ~~three~~ one out of four trials as measured by observation and charting.*

**Short-Term Objective:** *By 06/05/08, after engaging in inappropriate behavior, Erin will accept consequences of behavior without angry outbursts with 100% accuracy in two out of four trials as measured by observation and charting.*

**Short-Term Objective:** *By 12/17/08, after engaging in inappropriate behavior, Erin will accept consequences of behavior without angry outbursts with 100% accuracy in ~~one~~ 3 out of four trials as measured by observation and charting.*

**Progress Report 1:** _____
**Summary of progress**
_____

**Comment**

**Progress Report 2:** _____
**Summary of progress**

**Comment**

**Progress Report 3:** _____
**Summary of progress**
_____

**Comment**

**Goal: <u>Annual Review</u>   Date:** _____
**Goal met** ☐**Yes** ☐**No**
**Comments:**

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### ANNUAL GOALS AND OBJECTIVES

**Student:** _ERIN MAGEE_                                                      **IEP Date:** _12/17/2007_

| Area of Need: _initiation_ <br> **Baseline:** _Erin lacks skills to initiate and maintain appropriate interactions with peers._ | **Measurable Annual Goal# 1** _____ <br> _In a group counseling situation, Erin will role play initiation phrases with peers and practice maintaining reciprocal exchanges. By 12/13/08, in a group counseling situation, Erin will initiate a coversation with a peer on a general topic of interest with three complete exchanges 80% accuracy 3 out of 4 trials._ <br><br> ☐**Enables student to be involved/progress in general curriculum/state standard** _____ <br> ☐**Addresses other educational needs resulting from the disability** <br> ☐**Linguistically appropriate** <br> **Person(s) Responsible** _____ |
|---|---|

**Short-Term Objective:** _In a group counseling situation, Erin will role play initiation phrases with peers and practice maintaining reciprocal exchanges. By 12/13/08, in a group counseling situation, Erin will initiate a coversation with a peer on a general topic of interest with two complete exchanges 70% accuracy 3 out of 4 trials._

**Short-Term Objective:** _In a group counseling situation, Erin will role play initiation phrases with peers and practice maintaining reciprocal exchanges. By 12/13/08, in a group counseling situation, Erin will initiate a coversation with a peer on a general topic of interest with three complete exchanges 70% accuracy 3 out of 4 trials._

**Short-Term Objective:**



**Progress Report 1:** _____
**Summary of progress**

**Comment**

**Progress Report 2:** _____
**Summary of progress**

**Comment**

**Progress Report 3:** _____
**Summary of progress**

**Comment**

**Goal: Annual Review**     **Date:** _____
**Goal met** ☐Yes ☐No
**Comments:**

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### ANNUAL GOALS AND OBJECTIVES

**Student:** *ERIN MAGEE*

**IEP Date:** *12/17/2007*

| Area of Need: *social emotional* <br> Baseline: *Erin has a significant history of temper tantrums. She is impulsive and aggressive. She has a short fuse and gets angry when frustrated academically or socially.* | Measurable Annual Goal# _____ <br> *By 12/13/2008, when prompted by a teacher or other adult, Erin will identify three appropriate social strategies for dealing with anger disappointment and frustration with 100% accuracy in two of three trials as measured by observation, interview with student and data collection.* <br><br> ☐Enables student to be involved/progress in general curriculum/state standard _____ <br> ☑Addresses other educational needs resulting from the disability <br> ☐Linguistically appropriate <br> Person(s) Responsible _____ |

**Short-Term Objective:** *By 02/2008, when prompted by a teacher or other adult, Erin will identify one appropriate social strategy for dealing with anger disappointment and frustration with 100% accuracy in two of three trials as measured by observation, interview with student and data collection.*

**Short-Term Objective:** *By 05/2008, when prompted by a teacher or other adult, Erin will identify two appropriate social strategies for dealing with anger disappointment and frustration with 100% accuracy in two of three trials as measured by observation, interview with student and data collection.*

**Short-Term Objective:**

**Progress Report 1:** _____
**Summary of progress**

**Comment**

**Progress Report 2:** _____
**Summary of progress**

**Comment**

**Progress Report 3:** _____
**Summary of progress**

**Comment**

**Goal: Annual Review     Date:** _____
**Goal met** ☐Yes ☐No
**Comments:**

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### ANNUAL GOALS AND OBJECTIVES

**Student:** *ERIN MAGEE*                                                **IEP Date:** *12/17/2007*

| Area of Need: *social/emotional* <br> Baseline: *Erin has significant history of temper tantrums.  She is impulsive and aggressive.  She has a short fuse and gets angry when frustrated academically or socially.* | Measurable Annual Goal# _____ <br> *By 12/13/2008,when guided through the exercise, Erin will create a "menu" of six anger management strategies that she will use when angry or frustrated with 100% accuracy in two out of three trials as measured by observation and charting.* <br><br> ☐Enables student to be involved/progress in general curriculum/state standard _____ <br> ☑Addresses other educational needs resulting from the disability <br> ☐Linguistically appropriate <br> Person(s) Responsible _____ |

**Short-Term Objective:** *By 02//2008,when guided through the exercise, Erin will create a "menu" of two anger management strategies that she will use when angry or frustrated with 100% accuracy in two out of three trials as measured by observation and charting.*

**Short-Term Objective:** *By 05/2008,when guided through the exercise, Erin will create a "menu" of four anger management strategies that she will use when angry or frustrated with 100% accuracy in two out of three trials as measured by observation and charting.*

**Short-Term Objective:**



**Progress Report 1:** _____
**Summary of progress**

**Comment**
____

**Progress Report 2:** _____
**Summary of progress**

**Comment**
____

**Progress Report 3:** _____
**Summary of progress**

**Comment**
____

**Goal: Annual Review**     **Date:** _____
**Goal met** ☐Yes ☐No
**Comments:**

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### ANNUAL GOALS AND OBJECTIVES

**Student:** _ERIN MAGEE_

**IEP Date:** _12/17/2007_

| Area of Need: _Social Emotional/ expressing self_ <br> Baseline: _Erin has a significant history of temper tantrums. She is impulsive and aggressive. She has a short fuse and gets angry when frustrated academically or socially._ | Measurable Annual Goal# _____ <br> _By 12/13/08 when upset or agitated, Erin will calmly and clearly state to an adult what is wrong with 70% accuracy in three of four situations as measured by observation and charting._ <br><br> ☐Enables student to be involved/progress in general curriculum/state standard _____ <br> ☑Addresses other educational needs resulting from the disability <br> ☐Linguistically appropriate <br> Person(s) Responsible _____ |

**Short-Term Objective:** _By 02/08 when upset or agitated, Erin will calmly and clearly state to an adult what is wrong with 70% accuracy in one of four situations as measured by observation and charting._

**Short-Term Objective:** _By 05/08 when upset or agitated, Erin will calmly and clearly state to an adult what is wrong with 70% accuracy in two of four situations as measured by observation and charting._

**Short-Term Objective:**

**Progress Report 1:** _____
Summary of progress

Comment

**Progress Report 2:** _____
Summary of progress

Comment

**Progress Report 3:** _____
Summary of progress

Comment

**Goal:** <u>Annual Review</u>   Date: _____
Goal met ☐Yes ☐No
Comments:

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### ANNUAL GOALS AND OBJECTIVES

**Student:** _ERIN MAGEE_                                                    **IEP Date:** _12/17/2007_

| Area of Need: _____<br>Baseline: _____ | Measurable Annual Goal# _____<br>_By 12/17/2008 when Erin begins to exhibit inappropriate behaviors (related to interpersonal relations) and she is given a predetermined signal, Erin will stop and revert to her alternative/replacement behavior, with fewer than 2 cues in 4 out of 5 trials as measured by teacher/staff observation and records._<br><br>☐**Enables student to be involved/progress in general curriculum/state standard** _____<br>☐**Addresses other educational needs resulting from the disability**<br>☐**Linguistically appropriate**<br>**Person(s) Responsible** _____ |
| --- | --- |

**Short-Term Objective:** _By (date), when given role-play situations of inappropriate behaviors (related to interpersonal relations) , (student) will recognize the behavior and respond with the predetermined signal of her choice (hand signal, verbal cue, etc.) with fewer than 4 cues, 4 out of 5 trials, as measured by teacher observation or records._

**Short-Term Objective:** _By (date), When involved in role-play situations where inappropriate behaviors (related to interpersonal relations) are displayed, (student) will role play alternative/replacement behaviors taught to her, with fewer that 4 cues, 4 out of 5 trials, as measured by teacher observation or records._

**Short-Term Objective:**



**Progress Report 1:** _____
**Summary of progress**
_____
**Comment**

**Progress Report 2:** _____
**Summary of progress**
_____
**Comment**

**Progress Report 3:** _____
**Summary of progress**
_____
**Comment**

**Goal: Annual Review**      **Date:** _____
**Goal met** ☐Yes ☐No
**Comments:**
_____

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
**Accommodations, Modifications, Supports and Supplementary Aids and Services**

| Name: *ERIN MAGEE* | Birthdate: *June 4, 1994* | Date of Meeting: *12/17/2007* |

**Accommodations & Modifications to support access to Core Curriculum in General/Special Education environments:**

- ☑ Assignments adapted to student's level _____
- ☐ Reduced/shortened assignments _____
- ☐ Modified assignments _____
- ☐ Note taking support _____
- ☐ Highlight textbooks/study notes _____
- ☐ Use of visual place holder _____
- ☐ Large print _____
- ☐ Books on tape _____
- ☐ Use of manipulatives for _____
- ☐ Use of calculator _____
- ☑ Access to computer on campus _____
- ☐ Peer tutor/staff assistance in _____
- ☐ Use of scribe _____
- ☐ Other: explain _____

**Organization/Behavioral Support:**

- ☑ Preferential/assigned seating *Extra space.*
- ☐ Use of assignment notebook planner _____
- ☐ Short breaks between assignments _____
- ☐ Cues/prompts/reminders of rules _____
- ☐ Supervision during unstructured time (recess,lunch,passing time between classes) _____
- ☐ Offer choices _____
- ☑ Use of sensory strategies *headphones if needed*
- ☐ Implementation of behavior support plan _____
- ☑ Home school communication system _____
- ☑ Other: explain *Quiet environment - when needed*

Comments: _____

**Strategies related to Instruction/Grading**

- ☐ Present one task/direction at a time _____
- ☐ Instructions repeated/rephrased _____
- ☐ Check for understanding _____
- ☐ **Out of grade reading level**
- ☐ Extended time to complete assignments _____
- ☐ **Special projects in lieu of assignments**
- ☐ Access to separate study area _____
- ☐ Use of Essential Standards as basis for instruction _____
- ☐ Grading based on essential standards _____
- ☐ Gen Ed report card with spec. ed. notation _____
- ☐ Other: explain _____

**Strategies related to test situations:**

- ☑ Flexible setting (state where) *if needed.*
- ☐ Flexible time/scheduling _____
- ☐ Given in shortened time segments _____
- ☐ Test broken into parts (explain) _____
- ☐ Multiple sessions (state) _____
- ☐ Large print _____
- ☐ Braille _____
- ☐ Use of notes _____
- ☐ Open book _____
- ☐ Test Items read aloud except for English, Language Arts/Reading
- ☐ **Test items read aloud for entire test** _____
- ☐ Alternative response _____
- ☐ **Calculator/multiplication table** _____
- ☐ Word processor with functions disabled _____
- ☐ **Dictations/spell check/grammar check** _____
- ☐ **Results of STAR testing not representative of IEP progress** _____
- ☐ Other: explain _____

**Important Information:**

Modifications listed in bold represent "Category 3 modifications". Modifications alter or lower the standards and expectations of the course standards and test. Significant modifications may lead to a non-diploma outcome and modified test results.

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### IEP TEAM MEETING COMMENTS

Student: Erin Magee                Birthdate: 6/4/94                Date 12/17/07

Notes

Purpose of IEP is to review results of assessments and present the IEP. Introductions were made. See sign in list. Dr. Semple, school psychologist, summarized the findings in her assessment. See report for details. Mrs Mufti, Special Education teacher, reviewed her academic testing. A total of 18 different measures were used as well as several observations with parents & teachers, and a review of records. At the time of this assessment, the teacher reported to the psychologist three instances of conflict at school attributed to teasing from peers. Erin does not understand teasing and perceives it as insult, not joking. Psychologist discussed the SAED, an ED measure and the GADS, an Asperger's measure. Social skills is the common thread in her suspensions. On the former, she did not have a quotient indicating ED; however, on the GADS, Erin achieved a mildly autistic score. Psychologist's impression is that Erin fits the profile of a student with Asperger's Syndrome (AS). Several references were cited in support of the assessment results. and are included at p. 30. Autism eligibility was reviewed. ED factors were also reviewed. Autistic-like eligibility appears to be the most appropriate eligibility at this time.

**SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)**
**IEP TEAM MEETING COMMENTS**

Student: Erin Magee          Birthdate: 6/4/94          Date 12/17/07

Notes

Recommendations include information about AS for all Erin's service providers. She should be in a structured environment with small student to teacher ratio, and should receive direct training in social skills, among others.

Dr. Owen Fudin reviewed the results of the functional behavioral assessment (FBA). Erin has targeted behaviors of teasing and provoking a peer and off-task noises. The function of these behaviors are gaining attention and sensory, respectively. Interventions will include social skills training, social stories, and teaching alternative and age appropriate coping skills.

IEP reviewed.

Ms. Mufti presented pre-vocational goal. Concern expressed regarding accepting consequences for behavior.

TUSD team members presented proposed goals. Goals include: ① reciprocal turn-taking in conversation ② identifying appropriate social strategies ③ create a menu of anger management strategies ④ calming herself to the point that she can clearly communicate what is wrong ⑤ teaching Erin a signal to use when behavior is escalating.

16

**SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)**
**IEP TEAM MEETING COMMENTS**

Student: Erin Magee          Birthdate: 6/4/94          Date 12/7/07
Notes

Mother wanted Erin to learn cognitive skills to recognize herself getting mad. The IEP team continued on to accommodations.

Discussion ensued regarding placement, whether Switzer or Village Glen would be appropriate. District's offer of FAPE includes placement at a non-public school (Village Glen - pending acceptance and approval). Behavior Support Plan will be developed and shared w/parent prior to file being sent to Village Glen. The goals will be helpful in working on Erin's behavior, but the BSP will assist the staff w/ strategies to help Erin.

Mr. Henry Tormassian, parent attorney, questioned whether dual eligibility would be presented today. Dr. Semple explained her rationale for the eligibility. Paperwork was reviewed w/parent + her attorney, signatures obtained.

Parent declined reading of notes

17

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### SERVICES

**Name:** _ERIN MAGEE_                                            **IEP Date:** _12/17/2007_
**Service Options considered:** _NPS_

| SERVICES | | | | | | | |
|---|---|---|---|---|---|---|---|
| Service | Delivery/ Class Type | Start/End Date | Session (s) Times/ Minutes | Frequency | Duration (Total Minutes) | Provider | Location |
| _Specialized Academic Instruction_ | _Individual SDC_ | _12/17/2007 12/17/2008_ | _5 x 314_ | _Weekly_ | _1570_ | _Nonpublic school (NPS) under contract with SELPA or district_ | _Separate school or Special Education Center or facility_ |
| _Counseling and guidance_ | _Group DIS_ | _12/17/2007 12/17/2008_ | _2 x 30_ | _Weekly_ | _60_ | _Nonpublic school (NPS) under contract with SELPA or district_ | _Separate school or Special Education Center or facility_ |

**ESY** ☑Yes ☐No

| Service | Delivery/ Class Type | Start/End Date | Session(s) Times/ Minutes | Frequency | Duration (Total Minutes) | Provider | Location |
|---|---|---|---|---|---|---|---|
| _Counseling and guidance_ | | _12/17/2007 12/17/2008_ | | _Weekly_ | | _Nonpublic school (NPS) under contract with SELPA or district_ | _Separate school or Special Education Center or facility_ |

**Notes**

Programs and services will be provided when a pupil is in attendance and consistent with the public school calendar and scheduled services, excluding holidays, vacations, conference schedules, and non-instructional days. The number of minutes per week is adjusted for weeks with fewer than five full days of instruction.

**Physical Education** ☐General ☐Specially Designed (describe)_____
**Service District** _Torrance Unified_                    **Attendance School** ~~Swizer Cente~~l.
**School Type** _Nonpublic day school_                    **Federal Setting** _Separate school_
**Preschool Setting** _____

**Other Agency Services:** ☐California Children's Services(CCS) ☐Regional Center ☐Probation ☐Department of Rehabilitation ☐Dept. of Social Services(DSS) ☐Other_____
☐**County Mental Health (CMH)-** Student Eligible for Mental Health Services under Chapter 26.5? ☐Yes ☑No
**Workability** ☐Yes ☐No                    **Mental Health Services Language included on the IEP?** ☐Yes ☑No
**Plan Type:** _10 IEP or IFSP_
**Graduation Plan:** _10 To participate in high school curriculum leading to a diploma_

Student will not participate in the general education environment for _100% of time._
    **because** _Erin requires a NPS to best meet her academic and social_
_needs._

_100_ % of time student is **outside** the regular education environment
_0_ % of time student is **in** the regular education environment

All special education services provided at student's school of residence? ☐Yes ☑No (rationale)
_NPS_
Transportation ☑Yes ☐No ☐General Ed ☐Special Ed_____
☐**Activities to support transition**(e.g. preschool to kindergarten, special education and/or NPS to general education class, 8th-9th grade, etc)

*needs.* _____

_100_ % of time student is <u>outside</u> the regular education environment
_0_ % of time student is <u>in</u> the regular education environment

**All special education services provided at student's school of residence?** ☐Yes ☑No (rationale)
*NPS* _____

**Transportation** ☑Yes ☐No  ☐General Ed ☐Special Ed_____

☐**Activities to support transition(e.g. preschool to kindergarten, special education and/or NPS to general education class, 8th-9th grade, etc)** _____

ATTENDANCE ONLY

| Name | Position | Contact info |
|---|---|---|
| Christie Kacmarcik | Pros Spec. | x6105 |
| Arshia Mufti | R.S.T. | x8905 |
| MATT HORVATH | Principal | 8980 |
| Elaine Semple | psychologist | 310 613-7531 |
| Aaron Benton | Director | x6101 |
| Henry Tomassian | Attorney For Erin Magee | 818 990 7722 |
| Maryl Magee | Mother of Erin Magee | 310 326-2694 |
| OWEN FUDIM | Clinical Director Switzer | 310-328-3611 |
| Michelle Kloster | Psychological Assistant PSB-33025 | (310) 328-3611 |
| LEN HERNANDEZ | Switzer Principal | (310) 328-3611 x133 |

20

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### SIGNATURE AND PARENT CONSENT

Name: _ERIN MAGEE_

IEP Date: _12/17/2007_

**IEP Meeting Participants**

| | | | |
|---|---|---|---|
| _Cheryl Magee (For attendance only) 12/17/2007_ | | | |
| **Parent** | Date | **Parent** | Date |
| _signature_ 12/17/07 | | _A.P. Burk_ 12/17/07 | |
| **LEA Representative/Admin.Designee** | Date | **General Education Teacher** | Date |
| _Henry Kanalssio Attorney for student_ 12/17/07 | | _signature_ 12/17/07 | |
| ~~Student~~ | Date | **Special Education Specialist** | Date |
| _Christine Kasu RSP Spec._ 12-17-07 | | _signature_ 12/17/07 | |
| **Additional Participant/Title** | Date | **Additional Participant/Title** | Date |
| _Olivia Feher PhD_ 12-17-07 | | | |
| _Clinical Director, Switzer_ | | | |
| **Additional Participant/Title** | Date | **Additional Participant/Title** | Date |
| _Michelle ... MA._ 12/17/07 | | | |
| _Psychological Assistant PSB-33088_ | | | |
| **Additional Participant/Title** | Date | **Additional Participant/Title** | Date |
| _Lisa Hernandez Switzer/Principal_ 12-17-07 | | | |
| **Additional Participant/Title** | Date | **Additional Participant/Title** | Date |

Parent requests translation of the IEP. ☒No ☐Yes   Language _____

**CONSENT**

☐I agree to all parts of the IEP or I agree with the IEP, with the exception of _____

☐I understand my child is <u>not</u> eligible for special education.

☐I understand that my child is <u>no longer</u> eligible for special education.

☐If my child is or may become eligible for Medi-Cal, I authorize per my signature below for the district to access Medi-Cal Health insurance benefits for applicable services.

**Signature below is to authorize and approve the IEP.**

Signature: _____   Date _____
☐Parent ☐Guardian ☐Surrogate ☐Adult student

Signature: _____   Date _____
☐Parent ☐Guardian ☐Surrogate ☐Adult student

☐Student enrolled in private school by their parents. Refer to Individual Service Plan, if appropriate.

☐For purposes of SEIS, this check certifies that the parent has signed this IEP.

TORRANCE UNIFIED SCHOOL DISTRICT
SPECIAL EDUCATION DEPARTMENT

## AGENDA FOR IEP TEAM MEETING

Student: _Erin Magee_      Date: _12/17/07_

Purpose of Meeting: _Review most current assessments_

| Item | Discussed | Not Discussed/ Not Applicable |
|---|---|---|
| Review purpose of meeting (initial, annual, interim, triennial, addendum) | _____ | _____ |
| Introduction of team members | _____ | _____ |
| Review of parent rights and procedural safeguards | _____ | _____ |
| Parent/Guardian concerns | _____ | _____ |
| Present levels of functioning: | | |
|     Review of assessment/evaluations | _____ | _____ |
|     Determination of eligibility | _____ | _____ |
|     Review of progress on previous goals and objectives | _____ | _____ |
| Development of annual goals and objectives/benchmarks | _____ | _____ |
| Offer of placement most appropriate to meet goals | _____ | _____ |
| Additional services, aids, supports, modifications and accommodations, transition plan, behavior plan, ELL page | _____ | _____ |
| Discussion of special education options | | |
| Offer of FAPE by District team members | _____ | _____ |
| Review notes taken during the meeting | _____ | _____ |
| Review IEP with parent/guardian and team | _____ | _____ |
| Signatures and parent initials for consent | _____ | _____ |

Exhibit B

**Torrance Unified School District**                                     **Confidential**
**Special Education Department**
2335 Plaza Del Amo
Torrance, CA 90509
(310) 972-6100

### PSYCHOEDUCATIONAL ASSESSMENT

| | | | |
|---|---|---|---|
| **Name:** | Erin Magee | **Parent's Name:** | Maryl Magee |
| **Birthdate:** | 06/04/1994 | | |
| **Chronological Age:** | 13-5 | **Address:** | 3249 Whiffletree Lane Torrance, CA 90505 |
| **Grade:** | 8 | | |
| **Language:** | English | **Home Phone:** | 310 326-2694 |
| **Sex:** | Female | | |
| **Date of Assessment:** | 11/27;12/05;12/ 11/2007 | | |

**Assessment Team:**

| | | |
|---|---|---|
| TUSD Psychologist: | Elaine Semple, PhD | |
| Classroom Teacher: | Mr. A Re | |
| Parent: | Maryl Magee | |
| Counselor: | Stephanie Hunnel | |
| LC Teacher: | Arshia Mufti | |
| Switzer Psychologist: | Owen Fudim, PhD | |

### REASON FOR REFERRAL

Erin was referred for a psychoeducational evaluation by the school district to explore her educational needs, investigate eligibility for special education services and to plan her educational program.

### CURRENT CLASSIFICATION/ SERVICES

Erin is currently enrolled in a special day class at Switzer Learning Center in Torrance with a provisional eligibility of emotional disturbance based upon a 2005 hearing decision. As part of her program at Switzer, Erin is assigned a counselor and receives ongoing behavioral charting and intervention.

### BACKGROUND INFORMATION / EDUCATIONAL HISTORY
#### (see also behavior/social emotional )

Erin is a bright, thirteen year old girl who lives with her mom in Torrance. Erin's parents live separately, but Erin sees her dad often and speaks with him on the phone daily. Erin attended preschool at the TRW Launching Pad from 1995-1999. She was enrolled as a kindergartener at Edison Elementary in Torrance. Erin was suspended twice in kindergarten for biting and spitting. Although she was not suspended, Erin continued to have some behavioral and social difficulties in first through third grade. She participated in friendship club, worked with a behavior chart and

1

parents were contacted. In 2001, Erin's parents sought assistance from a psychologist, Dr. Rebecca Akyus. Erin's records indicate that while she continued to struggle socially and behaviorally, no major events occurred in second grade at Edison. In third grade, an SST (student study team) was convened to address Erin's difficulty handling her frustration and anger. The teacher reported that Erin, "gets upset and acts inappropriately." Mr. and Mrs. Magee attended the meeting and informed the staff that Erin was working with a therapist, Dr. Akyuz who had diagnosed her with depression. That same year she was accepted into the GATE program and was placed in the program at the beginning of her fourth grade year. Erin remained at Edison until fourth grade. In September 2004, Dr. Akyuz referred the Magee's to Dr. David Fox for additional evaluation. Dr. Fox noted that Erin "displayed a high level of cognitive development…she does less well on tasks requiring applied social reasoning.. and her emotional apparatus is that of a much younger child." Dr. Fox determined that Erin did not meet criteria for ADHD, a mood disorder or Intermittent Explosive Disorder. A definitive diagnosis was not provided, and although continued therapy was alluded to, no specific recommendations were provided in the report.

During Erin's fourth grade year the family moved, and she enrolled at Walteria. The GATE class at Walteria was impacted, so Erin was placed in a 4/5 combination classroom with high achieving students. In January of that year (2004), she was suspended for 1.5 days. Erin had not completed an assignment and was told she would need to finish it in study hall. She became upset and initially pounded her head on a desk. She proceeded to hit herself in the head with a water battle and ultimately threw the bottle across the room. The bottle hit another child in the arm. Four months later, Erin was suspended for grabbing another child's arm and swinging her water bottle in a threatening manner. Three weeks later another suspension was secured when Erin hit one peer and pulled the hair of another. In mid May an "office suspension" was imposed when Erin responded to teasing with threats and aggression.

Erin transitioned to Richardson in sixth grade in fall, 2005. At the time, Erin's family had been in crisis since the beginning of the previous semester and she had been temporarily removed from her home. Her father was required to move out of the family's house and her aunt moved in. Erin returned home several months prior to transition, but her mother had only recently regained custody. Erin was being monitored by a psychiatrist and had been prescribed Zoloft to treat her depression. In September, after fifteen days of attendance, she was suspended for hitting a peer in the mouth and ultimately recommended for expulsion from Richardson. Initially, She was placed on an extended suspension due to concerns that she was a danger to herself and others. Mrs. Magee requested a special education evaluation in order to rule in/out an emotional disturbance and plan for Erin's educational program.

An IEP was held on October 27, 2007 and Erin was deemed ineligible for special education services. The District recommended placement in the TUSD Community Day School, a program for students who have been expelled. At the time Mrs. Magee was concerned that the community day program would not meet Erin's needs as she, "would be the youngest child there, the only girl in a group of boys, and she would not receive therapeutic services." Mrs. Magee did not agree with the IEP and in November 2005, she placed Erin at the Center for Learning Unlimited in Palos Verdes pending the results of an expulsion hearing and additional assessment.

Erin was evaluated by Sandra Kaler in May, 2005 and diagnosed with Dysthymia, Major Depressive Disorder and Identity Disorder. She reported that Erin met all criteria for eligibility for services as a student with an emotional disturbance in three of the limiting categories. She

2

recommended continued enrollment in nonpublic school with support from individual and family therapy. Erin's case was litigated and the conclusion of the hearing officer was that the ED eligibility was appropriate for Erin. The Decision was appealed by the Torrance School District. Throughout this process, Erin remained at the Center for Learning Unlimited.

Although initially successful at CLU, Erin's behavior deteriorated and she was placed in increasingly more restrictive programming with little success. The program was deemed a poor match for Erin and by fall 2007 she had been placed on CLU home tutoring pending attainment of an alternative placement. Erin was accepted as a private pay client at Switzer in October 2007. An IEP meeting was held with the Torrance Unified School District in early November 2007 and home/hospital services were offered. Consent for psychoeducational and behavioral assessments were signed at that meeting.

## HEALTH/DEVELOPMENTAL
Erin is the product of a full term pregnancy and C-section delivery. She weighed 6 lbs., 11 oz. at birth. She was released home from the hospital with her mother. Developmental milestones were met within normal limits. Erin has a diagnosis of depression from Dr. Akyuz and Dr. Green. She is currently prescribed both an antidepressant and mood stabilizer. Erin wears glasses and has been seen by both an optometrist and an ophthalmologist. She broke her arm in 2002 while roller-skating. She has had strep throat and an occasional ear ache. She complains of headaches. Overall, Erin is a generally healthy child who is well cared for. Her mother seeks medical attention when she requires it and she is seen regularly for well checks by his pediatrician. There is a significant familial history of depression.

## PARENT/GUARDIAN INFORMATION:
### (see also behavior/social emotional )
On a previous survey in 2005, Mrs. Magee described Erin as a brilliant child and an eager learner.
She is independent and bossy. She has leadership qualities and is a natural teacher. She gets along well with adults, but struggles in her relationships with peers. She is bossy and likes to be in control. She cares about her academics and is disappointed if she does not receive good grades. She is emotionally labile and will fly into a rage on occasion. She is emotionally disadvantaged and socially isolated. She is impulsive and has difficulty with anger management.

On the current survey, Mrs. Magee considers Erin to have strengths in her intelligence and creativity. She has strong spiritual leanings and great curiosity and humor. She is primarily concerned with Erin's peer interaction, poor social skills, inability to shift direction in everyday life. Erin is hypersensitive to activity and noise and responds with violence when she is upset. Mrs. Magee first noticed that Eric was having problems at school when she was in preschool. She did not interact with peers or when she did she was bossy. She could not "go with the flow" of play or activities. Erin has been assessed many times and has had a variety of diagnoses. Her mother refers to her as a sort of "moving target" and feels that it has been difficult to nail down the causes of Erin's behaviors.

Overall, Erin likes school although she views her schoolwork as a necessary evil. She is pretty consistently strong in all subject areas, although she likes social studies the least. Erin is proud of her GATE status and liked getting good grades. Currently, Erin does her homework when it is assigned. It takes her less than an hour to complete. She does not currently participate in any extracurricular activities. She has never been successful in any community extracurricular. Erin

3

does not currently have friends at school or in the neighborhood. She gets along best with younger children. Erin gets along well with adults and family members.

Mrs. Magee would like Erin to feel confident and successful. She describes her daughter as a loving girl who wants to be happy. Erin has had success in her writing and her completion of her Bat Mitzvah. She has taught herself HTML programming.

Mrs. Magee is interested in gaining a better understanding of the tools and programs available to help Erin make the progress she needs for successful social interactions and appropriate behavior. She would like for Erin to eventually participate in a more typical setting and hopes that this evaluation is a step in that direction.

**TEACHER INFORMATION:**
**(See soc.emotional/behavioral for additional teacher report)**
Erin has been at Switzer Center for about a month. Mr. Re, Erin's teacher, reports that Erin appears to have a strong ability to understand new information quickly when she is interested. Her attendance is good and she is attentive in class. She participates sometimes. She takes notes if they are required. Erin's turns in work in a timely manner and the work is complete and accurate. Erin will ask for help if she needs it. She has been observed to work with peers and talks to the other girls in the class. Her affect is variable. She is often sleepy and can be cranky/angry, especially in the morning. Erin can answer questions when called upon in class. She does not appear to like school. She does not appear to struggle with substance abuse. Erin works hard and puts forth good effort. Her work is consistent from assignment to assignment. Erin's teacher views her as having strengths in her intelligence, perseverance and dedication. She is generally quiet in class and focuses on her work. Erin does not forget information from day to day. She does 80-90% of her work and her grade is a B+ overall. She stands out from her peers in class academically.

Mr. Re does have the sense that Erin has a disability or disorder. He reports that Erin's apparent weaknesses involve stressful or noisy situations when she will break down and become angry or aggressive. She has real difficulty cultivating peer relationships and shows an inability to say and/or do the right thing to maintain a peer/friend relationship.

**PREVIOUS DATA**
**Assessment**
*Cognition*

| WISC III 9/04 D.Fox, Phd | | | |
|---|---|---|---|
| Performance Subtests | ScS | Verbal Subtests | ScS |
| Similarities | 14 | Block Design | 16 |
| Vocabulary | 19 | Picture Completion | 15 |
| Comprehension | 14 | Picture Arrangement | 11 |
| Digit Span | 11 | Coding | 14 |
| Arithmetic | 15 | Object Assembly | 15 |
| | | | |
| WISC IV 10/05 A.Schumaker MA | | | |
| Perceptual Reasoning Subtests | ScS | Verbal Comprehension Subtest | ScS |
| Similarities | 17 | Block design | 14 |
| Vocabulary | 15 | Picture Concepts | 17 |

4

| Comprehension | 15 | Matrix Reasoning | 15 |
|---|---|---|---|
| **Working Memory Subtests** | **Scs** | **Processing Speed Subtests** | **ScS** |
| Digit Span | 15 | Coding | 12 |
| Letter Number Sequence | 13 | Symbol Search | 15 |

**Composites:**      **Standard Scores**
Full Scale :      136
Verbal Comp      134
Working Memory      123
Perceptual Reasoning      133
Processing Speed      121

### *Processing*

| Beery Test of Visual Motor Integration – 10/2005 | | |
|---|---|---|
| **Domain** | **Standard Score** | **%ile** |
| VMI | 111 | 77 |
| **Learning Efficiency Test II 10/05** | | |
| **Area** | **Standard Score** | **%ile** |
| Visual Memory | 145 | |
| Auditory Memory | 145 | |
| Global Memory | 145 | |
| **Test of Auditory Processing III – 10/2005** | | |
| | **Standard Score** | **%ile** |
| Auditory Quotient | 118 | |
| Phonologic | 114 | |
| Memory | 114 | |
| Cohesion | 133 | |

### *Behavior*

| Conner's Parent Rating Scales 10/05 | Standard Score (significant >70) |
|---|---|
| Oppositional | 79 |
| Hyperactivity | 75 |
| Anxious | 73 |
| Social Problems | 69 |
| Psychosomatic | 89 |
| Conners' Global Index Restless/Impulsive | 71 |
| Conners' Global Index Emotional Lability | 70 |
| Conners' Global Index: Total | 74 |
| DSM IV: Hyperactive - Impulsive | 71 |
| DSM IV: total | 69 |
| **Achenbach Behavior Rating Scales CBCL/Parent** | **Standard Score (significant >70)** |
| Somatic complaints | 72 |
| Social Problems | 70 |
| Thought Problems | 73 |
| Aggressive Behavior | 79 |
| Anxious Depressed | 68 |
| **Achenbach Behavior Rating Scales** | **Standard Score (significant >70)** |

5

| TRF/Teacher (Gail Nowak) | |
|---|---|
| Social Problems | 67 |
| Aggression | 68 |
| **Achenbach Behavior Rating Scales TRF/Teacher (Kim O'Brian)** | **Standard Score (significant >70)** |
| Social Problems | 65 |
| **Achenbach Behavior Rating Scales Youth elf Report (YSR) Erin Magee** | **Standard Score (significant >70)** |
| Anxious depressed | 70 |
| Social Problems | 78 |
| Thought Problems | 86 |
| Aggressive Behavior | 72 |
| Somatic Complaints | 68 |
| Attention Problems | 68 |
| **Reynolds Adolescent Depression Scale** | **Standard Score (significant >70)** |
| Dysphoric Mood | 58 |
| Anhedonia | 56 |
| Negative Self Evaluation | 65 |
| Somatic Complaints | 62 |
| Depression | 64 |
| **Children's Depression Inventory 10/05 (Schumaker)** | **Standard Score (significant >70)** |
| No significant scores | |
| **Children's Depression Inventory 10/05 (Kaler, 5/2006)** | **Standard Score (significant >70)** |
| Interpersonal Problems | 79 |
| Overall score indicated a moderate degree of depressive symptomology | |

*Academics*

| Woodcock Johnson III 10/05 | Standard Scores (Mean =100) | Percentile (average =50) |
|---|---|---|
| Basic Reading | 130 | |
| Reading Comprehension | 128 | |
| Math Reasoning | 121 | |
| Written Expression | 124 | |
| Math Calculation | 119 | |

*Adaptive Behavior*

| Vineland Adaptive Behavior Scales – 2nd edition (Dr. Kaler 5/2006) | | |
|---|---|---|
| Subtest | SS | Percentile |
| Communication | 111 | 77 |
| Daily living | 87 | 19 |
| Socialization | 72 | 2 |

6

**District Standardized Tests**

| STAR TESTING SPRING 2004 (Grade 4) | PERCENTILE |
|---|---|
| Reading | 99 |
| Language | 91 |
| Spelling | 76 |
| Mathematics | 84 |

## INTERVENTIONS ATTEMPTED

Erin is currently enrolled in a special day class program in which individualized instruction is provided in all subject areas. She works at a pace that is deemed appropriate for her and the teacher is available to answer questions and provide direct instruction. Behavior is monitored and charted and a daily report is sent home by the teaching staff. Counselors are on staff and provide individual and group support.

Erin worked one to one with an EA at CLU. In the elementary general education setting, she participated in a friendship club and was seated preferentially. She was on a behavior contract and parents were contacted often. Prior to her exit from Richardson, she was allowed to take breaks in the office when stressed.

## CURRENT ASSESSMENT PROCEDURES

Current assessment includes the components of a comprehensive evaluation required by state regulations, including information provided by Erin's caregiver. Information regarding Erin's most recent classroom performance and the observations of her teacher were also included. All assessment procedures measure a limited sample of a person's total repertoire. The selected measures should only be interpreted within the limits of their measured validity.

Wechsler Intelligence Scale for Children - Fourth Edition (WISV-IV)
Developmental Test of Visual-Motor Integration (VMI)
Beery Visual Perception
Beery Motor Coordination
Test of Auditory Perceptual Skills-3
Woodcock Johnson III (WJIII))
Achenbach Parent Report Form (Children's Behavior Checklist (CBCL)
Achenbach Teacher Report Form (TRF)
Achenbach Youth Self Report Form (YSR)
Piers Harris Self Concept Scale
Differential Test of Conduct and Emotional Problems (DT/CEP)
Scale for Assessing Emotional Disturbance (SAED)
Social Behavior Assessment Inventory
Childhood Autism Rating Scale
Gilliam Asperger's Disorder Scale
Conner's Parent Rating Scale – Revised
Conner's Teacher Rating Scale – Long Form Revised
Sentence Completion
Parent Interview/Questionnaire
Teacher Interview /Questionnaire
Observation
Review of Records

7

## UNDERSTANDING THE SCORES

*Results of this assessment are reported in age equivalents, standard scores, scaled scores, and T-scores.*

*The average standard score is 100. The average range is 90 to 109. The high average range is 110-119. The low average range is 80 and 89. The superior range 120-129. The borderline range is 70-79. The very superior range is 130 and above. The extremely below average range is below 70.*

*Scaled scores range from a low of 1 to a high of 19, with 10 as the average score.*

*T-scores range from 50 to 99. A T-score of 65 and above is in the significant range.*

*Age Equivalents - age at which the level of behavior is typically observed*

## BEHAVIORAL OBSERVATIONS

Erin was tested on two occasions. She came very willingly to be tested each time. Initially her eye contact was fleeting, but it improved as the testing progressed. The examiner asked Erin a few open-ended questions to establish rapport and Erin was eager to talk. She told the examiner she was getting over a cold. She had been absent from school the previous day. One the first occasion she talked at length about HTML and her interest in the programming language. The examiner confessed her ignorance regarding the topic, but Erin persisted in talking about it. The examiner attempted a few other topics and Erin changed subject matter once animals were introduced. She has a wealth of animal facts at her disposal and shared quite a few with the examiner. She is particularly interested in big cats. She smiled when she talked about cats and informed the examiner that she was getting two kittens for Chanukah.

Once the testing began, she appeared to enjoy the process. In general, she seemed pleased with his performance and enjoyed the examiner's praise. Erin talked herself through all of the tasks, verbal and nonverbal. She had difficulty with timed tasks and often forgot she was being timed and stopped to talk or make observations about what she was doing. During the coding subtest of the WISC IV, she stopped to talk about a fake language and a decoder ring.

Erin used a right handed modified tripod grasp when doing pencil/paper tasks. She did not react much and her affect was a little flat. She did look tired on the first occasion. In general, this assessment is considered to be an accurate reflection of Erin's abilities at this time. Erin's cold may have depressed her scores slightly on some of the timed subtests of the WISC IV.

## OBSERVATION

Observation data is based on anecdotal recording and event recording. Event recording involves noting what behavior the child is engaged at three-minute intervals and classifying it as "appropriate" or "inappropriate." Anecdotal recording is a narrative of Erin's playground behavior.

8

Erin was observed briefly in the classroom and only anecdotal notes were made. She was working independently at her desk on a written language assignment. After a while, the examiner requested to take her out of the room. The classroom assistant called her name and she did not respond. Several students then called her and she still did not move and it really appeared that she did not realize she was being summoned. When the examiner went over and touched her on the arm, she started, but got up and left the room with her.

Erin was observed during the PE period on the playground and notes were made. Data was taken every three minutes regarding her behavior and peer interactions. Erin entered the playground and walked over to the table and sat and began writing for a while. She had her hood pulled up over her ears and low on her face. She looked up at the dodge ball game her classmates were engaged in, and returned to her journal. A peer came to the table. She had obviously been crying and Erin gave her a hug and talked to her for a minute. She returned to her writing very briefly and then moved over to the side of the table and talked with peer. Peer got up and joined the game and Erin did too. Erin got hit in the chest with the ball and returned to her seat. She sat down and wrote, but when the peer returned to the table she stopped and chatted with the girl. The teacher came over and joined them.

**Student Observation System**

NO - Not Observed; SO - Sometimes Observed; FO - Frequently Observed; Dis. - Disruptive.

| NO | SO | FO | Dis. | | NO | SO | FO | Dis. | |
|----|----|----|------|---|----|----|----|------|---|
| | | | | **Peer Interaction** | | | | | **Aggression** |
| | X | | | Playing/working with other student(s) | X | | | | Pacing |
| | | X | | Talking with other student(s) | X | | | | Hitting others with hand |
| | X | | | Touching another student appropriately | X | | | | Throwing object(s) at others |
| X | | | | Cheering on peers in a game | X | | | | Destroying property |
| | X | | | Watching a game | | | | | Pushing others |
| | | X | | Other | X | | | | Stealing |
| | | | | **Transition Movement** | | | | | **Self-Injurious Behavior** |
| X | | | | Arriving in an area | X | | | | Pulling own hair |
| X | | | | Departing an area | X | | | | Hitting self |
| X | | | | Getting materials/games | X | | | | Head-banging |
| X | | | | Using the water fountain/restroom | X | | | | Biting self |
| | | | | Other | X | | | | Eating or chewing nonfood items (pica) |
| | | | | Inappropriate Movement | | | | | Other self-mutilation |
| X | | | | Hitting peers | X | | | | **Inappropriate Sexual Behavior** |
| X | | | | Yelling inappropriately | X | | | | Engaging in sexual or imitative sexual behavior with a partner |
| X | | | | Interfering in a game | X | | | | Engaging in sexual or imitative sexual behavior without a partner |
| X | | | | Being removed from the area | X | | | | Touching others inappropriately |
| X | | | | Being in the wrong area | X | | | | Masturbating |

9

| X |  |  | Leaving assigned area | X |  |  |  |  |
| X |  |  | Using materials inappropriately |  |  |  |  |  |
|  |  |  | **Inappropriate Vocalization** |  |  |  |  | **Bowel/Bladder Problems** |
| X |  |  | Laughing inappropriately | X |  |  |  | Enuresis |
| X |  |  | Tattling | X |  |  |  | Encopresis |
| X |  |  | Teasing | X |  |  |  | Other |
| X |  |  | Arguing/talking back to teacher | X |  |  |  | Other |
| X |  |  | Arguing with student |  |  |  |  |  |
| X |  |  | Crying |  |  |  |  |  |
| X |  |  | Other | X |  |  |  |  |

**Behaviors Recorded**

| Behavior | Count | % Total |
|---|---|---|
| *Adaptive Behaviors* | 6 | 50 |
| Talking with peer | 2 |  |
| Watching the game | 2 |  |
| Playing with peers | 1 |  |
| Hugging Peer | 1 |  |
| *Problem Behaviors* | 6 | 50 |
| Head covered with jacket | 3 |  |
| Isolating self | 3 |  |
| **Total** | **12** | **100** |

Note. When added, percentages may not add to 100% due to rounding.

## ASSESSMENT RESULTS

**COGNITIVE FUNCTIONING**
Standardized tests can include a variety of tasks designed to garner knowledge about an individual's knowledge, abilities or other traits. These sets of tasks are expected to validly and reliably measure given characteristics and typically this process involves administering the test to a sample of individuals who are representative of the population on whom the test will be used. Most "Intelligence tests" consist of subtests measuring various qualities, such as factual knowledge, short-term memory, abstract reasoning, visual-spatial abilities, and common sense. IQ tests do a good job of predicting academic success. They are not good at measuring such qualities as interpersonal skill or creativity. Although IQ scores tend to be fairly stable, IQ will vary over time especially when initially administered to younger children. The Wechsler tests are the most common individually administered IQ tests. However, for some children with learning disabilities, attentional problems or other neuropsychological issues The Wechsler tests are the most common individually administered IQ tests.  For these children the GAI (General Ability Index) is calculated.

**Wechsler Intelligence Scale for Children Fourth Edition  (WISC-4)**
The Wechsler Intelligence Scale for Children - Fourth Edition (WISC-4) is an individually administered measure of general intellectual functioning.  While it provides a global quotient, it also provides four index scores based on theory and supported by clinical research and factor-

10

analytic results (Wechsler, 2003). The four index scores are Verbal Comprehension, Perceptual Reasoning, Working Memory and Processing Speed. The Verbal Comprehension Index measures verbal reasoning, comprehension, and conceptualization. The Perceptual Reasoning Index measures perceptual reasoning and organization. The Working Memory Index measures attention, concentration, and working memory. Finally, the Processing Speed Index measures speed of mental and fine-motor processing.

**Wechsler Intelligence Scale for Children Fourth Edition (WISC-4) - Results:**

| Verbal Comprehension | | Perceptual Reasoning | | Working Memory | | Processing Speed | |
|---|---|---|---|---|---|---|---|
| Subtest | SS | Subtest | SS | Subtest | SS | Subtest | SS |
| Similarities | 16 | Block Design | 12 | Digit Span | 11 | Coding | 7 |
| Vocabulary | 14 | Picture Concepts | 10 | Letter-Number Sequence | 12 | Symbol Search | 13 |
| Comprehension | 13 | Matrix Reasoning | 15 | | | | |

| Scale | Sum of Sum of Scale Scores | Composite Score | Percentile Rank | 90% Confidence Interval | Description |
|---|---|---|---|---|---|
| Verbal Comprehension | 43 | 126 | 96 | 119-130 | Average |
| Perceptual Reasoning | 37 | 115 | 84 | 107-120 | High Average |
| Working Memory | 23 | 107 | 68 | 100-113 | Average |
| Processing Speed | 20 | 100 | 50 | 92-108 | Average |
| Full Scale | 123 | 118 | 88 | 113-12 | Average |
| GAI | 80 | 123 | 94 | 117-127 | |

The WISC IV was administered to Erin in December 2007. On this administration of the WISC IV, Erin obtained a GAI IQ of 123, which is in the Superior range for general intellectual functioning. Due to variability in test scores and using a 90% confidence interval her actual ability can be predicted to be between 117 and 127. This score represents functioning at the 94th percentile. When the standard score difference between the PSI and VCI is unusual or rare (occurring in 15% or less of the standardization sample) the GAI is calculated. The GAI score is calculated without using the WMI or PSI index scores.

The VCI measures verbal abilities utilizing reason, comprehension, and conceptualization. It is composed of the Similarities, Vocabulary and Comprehension subtests. It incorporates crystallized intelligence, or the ability to acquire, retain and retrieve general factual knowledge. It taps into long-term memory, language development (expressive / receptive) and auditory perception. The Verbal IQ of 126 represents functioning at the 96th percentile. Erin's verbal reasoning, comprehension, and conceptualization are in the superior range.

The PRI measures perceptual reasoning and organization. It is composed of the Block Design, Picture Concepts and Matrix Reasoning Subtests. Tasks on the PRI require ability to use fluid reasoning, or the ability to manipulate abstractions, rules, generalizations and logical relationships. The Perceptual Reasoning Index of 115 represents functioning at the 84th

11

percentile.   Erin's perceptual reasoning and organization are in the high average range.

The WMI is composed of two subtests measuring attention, concentration and working memory; Digit Span and Letter-number Sequencing.  Working memory is the ability to actively maintain information in conscious awareness, perform some operation or manipulation with it, and produce a result.  Working memory is also an essential component of fluid reasoning and other higher order cognitive processes. The Working Memory Index of 107 represents functioning at the 68th percentile. Erin's overall attention, concentration and working memory is in the average range.  This was a decidedly nonpreferred test for Erin and her attention wandered a little.  The recent cold also likely impacted her score on this test.

The PSI measures speed of mental and graphomotor processing.  Subtests involved in this index are Coding and Symbol Search.  Processing speed is related to skills required for reading, conservation of cognitive resources and attention to detail. The Processing Speed Index of 100 represents functioning at the 50th percentile Erin's speed of mental and fine-motor processing was in the average range according to the scores. However, as mentioned in the behavioral observations section of this report, Erin stopped to talk several times during the coding subtest.

## PERCEPTUAL MODALITIES
### Auditory Processing
**The Test of Auditory-Perceptual Skills  3 (TAPS 3)-** On this instrument a SS of 10 and a %ile score of 50 is average.

| Tests Results | ScS | %ile |
|---|---|---|
| Auditory Number Memory Forward: | 9 | 37 |
| Auditory Number Memory Reversed: | 11 | 63 |
| Auditory Sentence Memory: | 14 | 91 |
| Auditory Word Memory: | 13 | 84 |
| Phonological Segmentation | 14 | 91 |
| Phonological Blending | 12 | 75 |
| Auditory Word Discrimination: | 12 | 75 |
| Auditory Reasoning | 13 | 84 |
| Auditory Comprehension | 17 | 99 |
| **Index Scores** | | |
| Overall | 114 | 82 |
| Phonological | 114 | 82 |
| Auditory Memory | 109 | 73 |
| Cohesion | 125 | 95 |

The Test of Auditory-Perceptual Skills is an individually administered assessment of auditory skills necessary for the development, use and understanding of language commonly used in academic and everyday activities. It is untimed. The TAPS 3 is comprised of nine subtests including:  Number Memory - Forward and Reversed, Sentence and Word Memory, Word Discrimination and Auditory Processing or Thinking and Reasoning, Phonological Segmentation,

12

Phonological Blending and Auditory Comprehension.  The TAPS 3 has been designed to provide information in four areas:
- Auditory attention
- Basic phonological skills
- Auditory memory
- Auditory cohesion.

The Test of Auditory-Perceptual Skills (TAPS 3) was administered to Erin in December 2007. In general, she has above average level auditory memory, including sequencing.  This indicates that Erin can hear and retain at least briefly what has been heard.  She has mastered basic phonological abilities and can discriminate between words, sounds within words and can segment words into morphemes.  She can blend phonemes into words and sequences sounds and identify their positions within words.  Two of the subtests involve the most complex area of auditory processing, auditory cohesion. Erin's scores on these tests indicate that she hears what is said and has strong ability to make inferences, deductions and abstractions to understand the meaning of a passage. The Auditory comprehension subtest, sentences or short passages are read to the child who then answers questions about what they just heard; the correct answer is contained within the passage.  This is similar to many tasks used to assess reading comprehension. In the Auditory Reasoning Subtest, the questions cannot be answered correctly using only words presented in the passage; rather, the student must also be able to understand and use the concepts to answer the queries. Erin did very well on these tests.

Auditory Processing (APD) and Central Auditory Processing (CAPD) define the same phenomena (Katz et al. 1996).  It is the "efficiency and effectiveness by which the central nervous system utilizes auditory information...impairment could then result in a range of behavioral phenomena".  Erin demonstrated some strength in this area of processing.

### *Visual/Perceptual Motor Skills*

**Beery Test of Visual Motor Integration -- Results:** **On this instrument a SS of 100 is average.  %ile scores of 50 are considered average.**

| Domain | S.S. | %ile |
|--------|------|------|
| VMI | 96 | 39 |
| Visual | 96 | 39 |
| Motor | 95 | 37 |

The Beery test of Visual Motor Integration (VMI) was administered to Erin on 12/05/07.  The tasks required him to look at and copy geometric designs of increasing difficulty. The VMI is a test used to identify significant difficulties with visual perceptual and motor abilities.  She obtained a standard score of 96.  Thus, she demonstrated visual motor integration skills at a level better than 39 percent of his age peers.

The two supplemental tests associated with the VMI are used to identify specific areas of strength and weakness. Erin's visual perceptual skills and motor skills are within the average range. Her motor skills, while not disordered are weaker than other areas of processing.  Erin's handwriting and printing are legible, but not noteworthy relative to her high achievement in other areas.  She might be slower and more likely to be frustrated with written work.

13

*Attention:*
 **Achenbach TRF and CBCL (see social emotional for additional information)**
Scores of 65 to 70 are borderline/scores above 70 are significant.  In the area of attention on the TRF, CBCL and YSR, Erin achieved a score in the normal range.

| Teacher Report Form | | |
|---|---|---|
| Problems | S.S. | T.S. |
| Withdrawn | | 58 |
| Somatic Complaints | | 64 |
| Anxious/Depressed | | 57 |
| Social Problems | | 69 |
| Thought Problems | | 50 |
| **Attention Problems** | | **52** |
| Rule Breaking Behavior | | 62 |
| Aggressive Behavior | | 66 |
| Total | | 59 |
| Internalizing Score | | 65 |
| Externalizing Score | | 68 |

| Child Behavior Checklist | | |
|---|---|---|
| Problems | S.S. | T.S. |
| Withdrawn | | 66 |
| Somatic Complaints | | 70 |
| Anxious/Depressed | | 64 |
| Social Problems | | 75 |
| Thought Problems | | 78 |
| **Attention Problems** | | **63** |
| Rule Breaking Problems | | 60 |
| Aggressive Behavior | | 70 |
| Total | | 72 |
| Internalizing Score | | 69 |
| Externalizing Score | | 68 |
| | | |

| Youth Self Report | | |
|---|---|---|
| Problems | S.S. | T.S. |
| Withdrawn | | 55 |
| Somatic Complaints | | 60 |
| Anxious/Depressed | | 51 |
| Social Problems | | 62 |
| Thought Problems | | 56 |
| **Attention Problems** | | **57** |
| Rule Breaking Problems | | 57 |
| Aggressive Behavior | | 65 |
| Total | | 60 |
| Internalizing Score | | 55 |
| Externalizing Score | | 62 |
| | | |

14

Conners' Behavior Rating Scale:

The Conners' Behavior rating scale looks at 14 behavioral profiles and specifically ties symptoms of attention disorder to the DSM IV criteria.  On this administration, Erin presents with a significant profile for Anxious/Shy on both teacher reports; DSM IV: Inattentive, Emotional Lability and DSM IV Total on one of the teacher reports.

| Teacher Report | | |
|---|---|---|
| **Problems** | **Parent (Short form)** | **Teacher (long form)** |
| Oppositional | 81 | 71 |
| Cognitive Problems/Inattention | 52 | 61 |
| Hyperactivity | 73 | 46 |
| Anxious/Shy | | 46 |
| Perfectionism | | 52 |
| Social Problems | | 80 |
| Conners' ADHD Index | 67 | 50 |
| Conners' Global Index: Restless Impulsive | | 47 |
| Conners' Global Index: Emotional Lability | | 73 |
| Conners' Global Index: Total | | 57 |
| DSM IV: Inattentive | | 53 |
| DSM IV: Hyperactive-Impulsive | | 47 |
| DSM IV: Total | | 3 |
| | | |

## ACADEMIC ACHIEVEMENT
## Woodcock-Johnson III Tests of Achievement -- Results:

| CLUSTER | AE | SS | %ile |
|---|---|---|---|
| Broad Math | 15-1 | 107 | 68 |
| Basic Reading /skills | >21 | 140 | 99 |
| Reading Comp | 29 | 124 | 95 |
| Math Calc Skills | 14-0 | 102 | 57 |
| Math Reasoning | 16-0 | 109 | 72 |
| Written Expression | 19 | 116 | 85 |
| Academic Applications | >27 | 124 | 94 |
| | | | |
| **SUBTESTS** | **AE** | **SS** | **%ile** |
| Letter Word ID | >22 | 143 | 99 |
| Calculation | 15-2 | 107 | 67 |
| Math fluency | 12-6 | 94 | 35 |
| Writing Fluency | 13-9 | 101 | 54 |
| Passage Comprehension | >31 | 122 | 93 |

15

| Applied Problems | 17-0 | 110 | 75 |
|---|---|---|---|
| Writing Samples | >23 | 143 | 99 |
| Word Attack | >21 | 128 | 97 |
| Reading Vocabulary | 18-5 | 117 | 88 |
| Quantitative Concepts | 15-1 | 106 | 67 |

The Woodcock-Johnson Tests of Achievement (WJ III ACH) was administered to Erin Magee by Ms. Mufti on 12/05/07. The WJ III ACH contains up to 22 tests measuring five curricular areas. The areas assessed include reading, mathematics, written language, oral language and academic knowledge. There are also two auxiliary writing evaluation procedures. The test has both a Standard Battery that contains 10 cluster scores, including a Total Achievement score, and an Extended Battery that contains 9 clusters.

   Basic Reading Skills Cluster:
Basic Reading Skills cluster is a combination of Letter-Word Identification and the Word Attack tests. It measures sight vocabulary, phonics, and structural analysis. She obtained a Basic Reading Skills standard score of 140, which is at the 99th percentile and in the very superior range.

   Reading Comprehension Cluster:
The Reading Comprehension cluster is made up of the Passage Comprehension and the Reading Vocabulary tests. It is an aggregate measure of vocabulary, comprehension and reasoning. Her Reading Comprehension cluster is in the superior range with a standard score of 124, which is at the 95th percentile.

   Broad Math:
The Broad Math cluster is a comprehensive measure of math achievement involving problem solving, facility with numbers, reasoning, and, according to the manual, automaticity. The Calculation, Math Fluency, and Applied Problems tests make-up the Broad Math cluster. Erin obtained a Broad Math Standard Score of 107, which is in the average range and reflects performance at the 68th percentile.

   Math Calculation Skills:
The Math Calculation Skills cluster measures computational skills and automatic access to basic math facts. The tests that comprise this cluster are Calculation and Math Fluency. Erin has average computational and basic math facts skills. She obtained a standard score of 102 on the math Calculation Skills cluster reflecting performance at the 57th percentile.

   Math Reasoning Cluster:
The Math Reasoning cluster is a combination of the Applied Problems and Quantitative Concepts tests. It measures mathematical knowledge and reasoning. She obtained a Math Reasoning cluster standard score of 109, which is at the 72nd percentile. This score is in the average range.

   Written Expression:
The Written Expression cluster is the aggregate of the Writing Fluency and Writing Samples tests. It measures meaningful written expression and fluency of the examinee. Erin obtained a standard score of 116 on the Written Expression cluster and this is at the 85th percentile. Her Written Expression achievement is in the high average range.

16

**ADAPTIVE BEHAVIOR**
**Social Behavior Assessment Inventory (TEACHER)**
This inventory compares other behavior of the student being rated with acceptable levels of adaptive behaviors as demonstrated by typical students. The SBAI yields scores in four areas of adaptive and social behaviors: Environmental Behaviors, Interpersonal Behaviors, Self-Related behaviors and Task Related Behaviors. On the SBAI students receive a rating of elevated or typical.

| **Area** | **Rating** |
|---|---|
| Following Directions | Typical(compliance) |
| Care for the Environment | Typical (equipment/materials) |
| Dealing with Emergencies | Typical |
| Lunchroom Behavior | Typical |
| Movement around the Environment | Typical(entering class without disruption) |
| **Group Activities** | |
| Accepting Authority | Elevated (compliance peer/adults, rules) |
| Coping with Conflict | Elevated (responding to teasing, physical assault) |
| Gaining Attention | Elevated ( gaining teacher attention/speaking out) |
| Greeting Others | Elevated (responds to intro, introduces self) |
| **Independent Work** | |
| Helping Others | Elevated (offers to help teacher/classmate) |
| Making Conversation | Elevated (tone, attention, waits turn, relevance) |
| Organized Play | Elevated (waits turn, effort, win/lose) |
| **On-Task Behavior** | |
| Positive Attitude toward Others | Elevated (praises/compliments others, tolerance) |
| Play Informally | Elevated (asks to play, shares, gives in, suggests) |
| Property: Own/Others | Borderline (damage, permission) |
| Accepting Consequences | Elevated (reports, apologizes for probs, accepts) |
| Ethical Behavior | Elevated (Distinguishes truth, avoids wrongdoing) |
| Expressed Feelings | Elevated (recognizes others' moods) |
| **Performing Before Others** | |
| Positive Attitude toward Self | Elevated (says thank you when complemented) |
| Responsible Behavior | Typical (orderly, possessions, carries messages ) |
| Self Care | Typical (appropriate use toilet area, clean hands) |
| Asking and Answering Questions | Elevated (asks appropriate questions) |
| Attending Behavior | Elevated (quiet, listens, looks) |
| **Quality of Work** | |
| Classroom Discussion | Elevated (tone, relevant,calm, reasonable) |
| Completing Tasks | Typical (time limits, persists, homework) |
| Following Directions | Typical (verbal, written, test) |
| Group Activities | Typical (assists group activity) |
| Independent Work | Typical (acceptable free time, productive, tries) |
| On-Task Behavior | Typical (steadily, ignores distractions, transition) |
| Performing Before Others | Elevated |
| Quality of Work | Typical (neat, correct, check for errors) |

17

## SOCIAL/EMOTIONAL/BEHAVIORAL FUNCTIONING
### *Teacher:*
Mr. Re reports that Erin has difficulty maintaining emotional balance during stressful or noisy situation. Difficult assignments frustrate her. About once a week the noise or frustration gets to her and she acts out. The behaviors last about 15 minutes and occur in the morning or at the end of the day. Noise is the most common precipitator of behavior. When she acts out, the teacher redirects her or removes her fro class. She tries to work with the adult when these situations occur and she is remorseful. Mr. Re feels that Erin is very sensitive to teasing and likely has been teased a lot in the past. She tries hard to focus and make a better choice. Erin understands the concept of contingency.

Erin does not clearly understand social cues and social reciprocity. She is having a hard time making friends. She does not understand teasing in a friendly manner and perceives all teasing as insults and gets angry. She does not recognize that her reactions feed the behaviors of others. She can be very egocentric. She does not take a great deal of time with her appearance and is teased for it. She is involved in her work and does well when alone. She does not often seek out peers.

### **Achenbach System of Empirically Based Assessment (ASEBA)**
#### *Teacher Report Form:*
The Teacher's Report Form (TRF) was completed by A. Re, Erin's Classroom teacher on 12/12/07. The TRF is intended to serve as one component of a multiaxial empirically based assessment. The TRF is designed to record in a standardized format children's adaptive functioning and problems as reported by their teacher or other caregiver. The Classroom teacher rated Erin's performance in academic subjects, four adaptive characteristics, 118 specific problem items, and two open-ended problem items. The scores obtained by the TRF are T-Scores (mean = 50, sd = 10). According to the Classroom teacher, Erin's Overall Problem T-Score was 59, and this is in the normal range (Achenbach, 1991). The problem scales are divided into two areas; Internalizing and Externalizing. The internalizing score is comprised of the Withdrawn, Somatic Complaints, and Anxious/Depressed (minus item 103) scales. Erin's Internalizing T-Score was 64, which is in the normal range. The Externalizing score consists of the Rule Breaking Behavior and Aggressive Behavior scales. Erin achieved borderline scores on both of these indices. Erin's Social Problems T-Score was in the borderline clinical range at 69. Her Thought Problems T-Score was 50 and in the normal or average range.

| Teacher Report Form | | |
|---|---|---|
| Problems | S.S. | T.S. |
| Withdrawn | | 58 |
| Somatic Complaints | | 64 |
| Anxious/Depressed | | 57 |
| Social Problems | | 69 |
| Thought Problems | | 50 |
| **Attention Problems** | | **52** |
| Rule Breaking Behavior | | 62 |
| Aggressive Behavior | | 66 |
| Total | | 59 |
| Internalizing Score | | 65 |
| Externalizing Score | | 68 |

18

**Parent:**
Mrs. Magee reports that the behaviors most significantly impacting Erin's success at this time is noise and change in direction. Erin cannot process many inputs at once. Group discussions cause her to freeze up. Erin is extremely sensitive to noise and becomes very stressed when the noise level increases. She is rigid and cannot adapt to everyday situation. She is easily frustrated. She does not respond appropriately when faced with stress. Erin becomes violent when she is pushed. Behaviors are irregular, but severe when they occur. Erin can become enraged for as long as 30 minutes. When she is angry, she has trouble communicating. In the car she might sing a Neopets song (listing song) or read road signs aloud. She will babble. Noise is not the only antecedent for behavior. When Erin perceives that she has been insulted or that others are not following the rules she can become angry. Mrs. Magee wrote, "Erin cannot shift gears and life is all about adaptation. Within her comfort zone, she is great. Outside of that zone she becomes rigid and didactic. She appears bossy, but is just trying to cope with life. Add noise or a chaotic environment and she snaps."

Outside of school, Erin likes to play computers, read and play video games. She plays a little tennis. In terms of behavioral intervention, Mrs. Magee states that when "we can be proactive and point stressors, we have had success in diffusing potentially explosive situation. When we can make her aware there are dangers present, she can keep on top of her emotional fragility.

**Child Behavior Checklist:**
The Child Behavior Checklist was completed by Erin's mother. The CBCL is intended to serve as one component of a multiaxial empirically based assessment. The CBCL is designed to record in a standardized format children's competencies and problems as reported by their parent or parent surrogate. Erin's mother reported on the amount and quality of Erin's participation in sports, hobbies, games, activities, jobs and chores, friendships, and school functioning, and how well Erin gets along with others and plays and works alone. The scores obtained by the CBCL are T-Scores (mean = 50, sd = 10). According to Erin's mother, Erin's Overall Problem T-Score was 72, and this is in the clinical range (Achenbach, 1991). The problem scales are divided into two areas; Internalizing and Externalizing. The internalizing score is comprised of the Withdrawn, Somatic Complaints, and Anxious/Depressed (minus item 103) scales. Erin's Internalizing T-Score was 69, which is in the normal range. The Externalizing score consists of the Rule Breaking Behavior and Aggressive Behavior scales. Her Externalizing T-Score was 68, which is in the borderline range. Erin's Social Problems T-Score was in the clinical range at 75. Her Thought Problems T-Score was 78 and in the clinical range.

| Child Behavior Checklist | | |
|---|---|---|
| **Problems** | **S.S.** | **T.S.** |
| Withdrawn | | 66 |
| Somatic Complaints | | 70 |
| Anxious/Depressed | | 64 |
| Social Problems | | 75 |
| Thought Problems | | 78 |
| **Attention Problems** | | **63** |
| Rule Breaking Problems | | 60 |
| Aggressive Behavior | | 70 |
| Total | | 72 |
| Internalizing Score | | 69 |
| Externalizing Score | | 68 |

19

***Student***
Erin stated that she feels she is making progress. She has begun reading about meditation and yoga. She stated, "I've gone Zen." She also said, "When things are bad, just remember adversity leads to opportunity. "

Erin stated that she likes CLU, especially the cloud room. She has had some trouble at Switzer, but feels she has a better handle on things now. She feels more n control. She says her family dynamic is good. She states that the traumas of fifth/sixth grade are behind her and she doesn't even really think about that now. She reports that she is on a good dose of medication now and it helps her sleep. The medication helps give her patience.

**Semi-structured, sentence completion interview**
Erin stated that on the day of the evaluation she felt spontaneous. She reported that she likes to do computers and hip-hop. She hates to go to Hebrew School. People think she's weird. She thinks of herself as human. What makes her mad are people asking stupid questions and noise. She says she's good at html. Erin is not so good at singing. Her parents are smart. She is close to her parents. She wants to be a big cat expert when she grows up or a wolf expert. She wants to go to UC Davis when she gets out of high school. She really loves animals and hates spiders. She says school is OK sometimes; bad sometimes. Erin likes English. She does not like PE. She feels her grades are fine. She is doing all of her work and homework. Erin says she has two friends and they are at Switzer and are in her class. She has gotten in trouble here because a boy has teased her.

***Youth Self Report:*** The YSR is intended to serve as one component of a multiaxial empirically based assessment. The YSR is designed to record in a standardized format children's competencies and problems as reported by themselves. Erin reported on the amount and quality of her participation in sports, hobbies, games, activities, jobs and chores, friendships, and school functioning, and how well she gets along with others and plays and works alone. The scores obtained by the TRF are T-Scores (mean = 50, sd = 10). Erin's Overall Problem T-Score was 60, and this is in the normal range (Achenbach, 1991). The problem scales are divided into two areas; Internalizing and Externalizing. The internalizing score is comprised of the Withdrawn, Somatic Complaints, and Anxious/Depressed (minus item 103) scales. Erin's Internalizing T-Score was in the normal range. The Externalizing score consists of the Rule Breaking Behavior and Aggressive Behavior scales . Her Externalizing T-Score was normal. Erin's Social Problems T-Score was in the normal at 62. Her Thought Problems T-Score was 56, also normal.

| Youth Self Report | | |
|---|---|---|
| Problems | S.S. | T.S. |
| Withdrawn | | 55 |
| Somatic Complaints | | 60 |
| Anxious/Depressed | | 51 |
| Social Problems | | 62 |
| Thought Problems | | 56 |
| **Attention Problems** | | **57** |
| Rule Breaking Problems | | 57 |
| Aggressive Behavior | | 65 |
| Total | | 60 |
| Internalizing Score | | 55 |
| Externalizing Score | | 62 |

20

### Differential Test of Conduct and Emotional Problems (DT/CEP)

Both Erin's mother and teacher were administered this rating scale. The scale addresses the differential diagnostics of conduct disorder/ emotional disturbance. Score greater that 14 are considered significant. This inventory is designed to differentiate between behavioral profiles of conduct disorder and emotional problems.

***Conduct Disorders:***

In psychological terms, conduct problems are typically exhibited by individuals who demonstrate knowledge of appropriate family, social and/or school rules and choose not to conform to them. Such choices do on constitute evidence of a handicapping condition. In educational contexts, conduct problem students do not typically assume responsibility for their inappropriate actions, the personal consequences of such action or their impacts upon others. Students with conduct problems often exhibit ***many*** of the following behaviors:

a. are disruptive in class
b. show disrespect and discourtesy to others
c. steal and /or destroy property
e. are uncooperative in school related group activities
f. do not obey commands from authority figures
g. test classroom and school rules to extreme limits (Mann, Suiter and McClung, 1979).

***Emotional Disturbance***

Students with emotional disturbance either directly or subtly express internalized self - concept and self - esteem problems in affectively self-devaluing ways. Expression of these problems may take a variety of forms that result in ineffective/inappropriate coping strategies, conflicted or bizarre interpersonal reactions, or trouble maintaining viable contact with reality. Emotional disturbance is defined in the ED Code as being long term and to a marked degree and meets one of the limiting criteria.

***Erin achieved no significant scores on either the teacher or parent survey of the DT/CEP.***

### Scale for Assessing Emotional Disturbance (SAED)

The SAED is a rating scale that assists in understanding the emotional and behavioral disorders of children and identifying students who may meet the criteria for the ED education disability. On the SAED subscales are keyed to the five ED characteristics, higher scores are considered more deviant. Scores above 14 are considered significant. Quotients greater than 120 are considered significant.

**Parent:**

| Subscale | Raw Score | %ile | Std.Score |
|---|---|---|---|
| Inability to Learn | 3 | | 15 |
| Relationship Problems | 12 | | 9 |
| Inappropriate Behavior | 8 | | 13 |
| Unhappiness or Depression | 6 | | 8 |
| Physical Symptoms or Fears | 7 | | 11 |
| Overall Competence | 18 | | 12 |
| Socially Maladjusted | 0 | | 7 |
| **SAED Quotient** | | | 119 |

21

**Teacher**

| Subscale | Raw Score | %ile | Std.Score |
|---|---|---|---|
| Inability to Learn | 1 | | 11 |
| Relationship Problems | 8 | | 8 |
| Inappropriate Behavior | 12 | | 13 |
| Unhappiness or Depression | 6 | | 9 |
| Physical Symptoms or Fears | 7 | | 11 |
| Overall Competence | 13 | | 12 |
| Socially Maladjusted | 0 | | 7 |
| **SAED Quotient** | | | 90 |

**Gilliam Asperger Rating Scale (GADS)**

The GADS is a highly standardized test designed for screening and assessment of persons with Asperger's Disorder and other severe behavioral disorders. Items on the GADS are based on definitions of autism adopted by the Autism Society of America (1994) and by the Diagnostic and Statistical Manual of Mental Disorders – fourth Edition. The Scale provides scores in four areas and an Overall Asperger's Quotient (AQ). Because the AQ includes all of the subscale ratings, it is the best overall measure to use for determining the likelihood that the subject has Asperger's. Subscale scores of 8 or greater are considered significant. AQ's of 90 or greater are considered significant. Erin's mother was the respondent. Erin achieved a significant score on this instrument;

| Subscale | SS | %ile Rank | SEM |
|---|---|---|---|
| Social Interaction | 10 | 50 | 1 |
| Restricted Patterns of Behavior | 7 | 16 | 1 |
| Cognitive Patterns | 11 | 63 | 1 |
| Pragmatic Skills | 8 | 25 | 1 |
| Asperger's Quotient | *93* | 32 | 4 |

**Childhood Autism Rating Scale (CARS)**

The CARS was administered with Erin's **mother** as the respondent. The CARS is a 15-item behavior rating scale, which helps to identify children with autism and to distinguish them from developmentally impaired children who are not autistic. In addition, it distinguishes mild-to-moderate to severe autism. The CARS includes items drawn from five of the most widely used systems for diagnosing autism. Each item covers a distinct characteristic, ability, or behavior. After observing the child and examining relevant information from parent reports and other records, the examiner rates the child on each item, using a 7-point scale that indicates the degree to which the child's behavior deviates from that of a normal child of the same age. A total score is calculated by summing the individual ratings. Individuals who score above a given point are categorized as autistic. Scores falling within the autistic range are then divided into two categories: mild-to-moderate autism and severe autism. In addition to observations during formal testing sessions, the items can be rated from relevant medical records, classroom observations, and parent reports. **Erin was observed and her teacher shared information regarding her overall functioning in the classroom. Previous assessment and reports from teachers were**

22

**reviewed. achieved a score in the Mildly Autistic range on this instrument.**

In the area of relating to people Erin is hit and miss. She can be outgoing with adults, but generally does not have good initiation skills with peers. She does not meet them on their level. Erin's teacher and parent report that this is the area of greatest concern with regard to Erin. Review of records indicates that social deficits have played a role in most of Erin's suspensions. At least one of the suspensions was the result of Erin kicking a peer on the playground to get his attention – she lacked appropriate initiation skills. Erin is not consistently responsive to her name and can be aloof. Her mother reports that on occasion she lacks awareness of adults in her environment. Persistent and forceful attempts are necessary to get her attention at times. According to Dr. Kaler's report and Mrs. Magee, Erin has trouble comprehending personal space. She lacks perspective-taking skills and on a test administered in the 5/07 assessment she was unable to follow "theory of mind" tasks set forth by the examiner. According to Dr. Kaler, "at the present time, she lacks the ability to understand appropriate social mores, both by her behavior and her testing."

In the area of imitation, Erin skills are typical. In the area of emotional responsiveness, Erin can be aggressive when she perceives a rule has been broken or when she is really upset. Erin's mother describes her a significantly over reactive. Mother feels that often the emotional responses do not match the situation. She has a great deal of mood lability. Dr. Kaler's report indicated that Erin has been noted to laugh without cause.

In the area of body use, Erin's teacher reports she is clumsy, but parent does not see that at home. She toe walks. She has engaged in some self-injurious behaviors. She draws on her body quite often. Erin has been observed to stare into space. She dropped things often during the evaluation. She does not engage in any behaviors that are clearly strange or unusual, like peculiar finger or body postures or rocking.

In the area of object use, Erin was generally uses toys appropriately. She persists in putting things in her mouth. As a baby she loved to roll around and looked at the underside of the coffee table. She really likes video games. She was observed to line up toys on occasion and still might, but it is usually with a purpose and is not the goal of the play. Erin looks at new toys or objects very closely and gets to know every little detail.

In the area of adaptation to change, Erin does not like changes in her routine. Mrs. Magee prepares Erin for transitions and "counts down." Records and parent report indicated that problems at school occurred when Erin's routine was altered for example when she was told she was going to work in study hall. Erin likes predictability in her routine and is comfortable when she knows what is going to happen next. Erin's mother describes it as Erin being "in a channel and she keeps going forward and cannot change directions. She sees the wall is coming, but cannot stop." The stress of the many transitions occurring just prior to her sixth grade year was likely a factor in her inability to handle the transition to middle school successfully.

In the area of visual responses, Erin's eye contact during the assessment was initially fleeting, but improved. It was consistently good when she was requesting or questioning. Dr. Kaler also noted inconsistent eye contact.

Erin is very sensitive to noise. The examiner asked her why she always had her hood on and she stated that it muffled the noise and cut out some of the visual distraction. She has always been

23

sensitive to noise and could not filter sounds as a baby. Her teacher reports that she will act out when the classroom gets too noisy for her.

Erin is reluctant to try new foods. She does not likes spicy foods or any thing that is carbonated or fizzy. She will run around agitated until her mother gives her something to wash out the fizz. Dr. Kaler noted that Erin exhibited sensory integration difficulties. Mrs. Magee reports that Erin is over sensitive to pain.

Erin is terrified of spiders. Her mother reported it and Erin talked at length about it during the evaluation. She develops fears on occasion and then lets them go. She can be anxious.

Erin's verbal communication skills are typically fine and she achieved strong scores on the LAS evaluation conducted in 10/05. However, her mother reports that when she is upset, Erin will sing Neopet songs and name them alphabetically or read road signs. She cannot easily express herself and must wait until she is calm. She has been observed to kind of babble.

Nonverbal communication skills are delayed. Erin does not understand personal space and does not understand subtle nonverbal signals. Her teacher reports difficulties in this are. She does not really read faces well and would benefit from some practice in this area. Erin's activity level varies can be hyper, but she can also be a slug.

## Impressions

Erin presents with a significant behavioral profile. Review of her cumulative records indicates that many of these behaviors appear related to social deficits, difficulty with transitions poor coping skills. Her profile is consistent with Asperger's disorder. The following is excerpted from an article by Stephen Bauer, KD, a leading expert on Asperger's syndrome (As).

"Individuals with AS can exhibit a variety of characteristics and the disorder can range from mild to severe. Persons with AS show marked deficiencies in social skills, have difficulties with transitions or changes and prefer sameness. They often have obsessive routines and may be preoccupied with a particular subject of interest. They have a great deal of difficulty reading nonverbal cues (body language) and very often the individual with AS has difficulty determining proper body space. Often overly sensitive to sounds, tastes, smells, and sights, the person with AS may prefer soft clothing, certain foods, and be bothered by sounds or lights. It's important to remember that the person with AS perceives the world very differently. Therefore, many behaviors that seem odd or unusual are due to those neurological differences and not the result of intentional rudeness or bad behavior, and most certainly not the result of "improper parenting". By definition, those with AS have a normal IQ. Because of their high degree of functionality and their naiveté, those with AS are often viewed as eccentric or odd and can easily become victims of teasing and bullying. While language development seems, on the surface, normal, individuals with AS often have deficits in pragmatics and prosody. Vocabularies may be extraordinarily rich and some children sound like "little professors." However, persons with AS can be extremely literal and have difficulty using language in a social context. At this time there is a great deal of debate as to exactly where AS fits. It is presently described as an autism spectrum disorder and Uta Frith, in her book AUTISM AND ASPERGER'S described AS individuals as "having a dash of Autism". Some professionals feel that AS is the same as High Functioning Autism, while others feel that it is better described as a Nonverbal Learning Disability. AS shares many of the characteristics of PDD-NOS (Pervasive Developmental Disorder; Not otherwise specified), HFA, and NLD and because it was virtually unknown until a few years ago, many individuals either received an incorrect diagnosis or remained undiagnosed. For example, it is not at all uncommon

24

for a child who was initially diagnosed with ADD or ADHD be re-diagnosed with AS. In addition, some individuals who were originally diagnosed with HFA or PDD-NOS are now being given the AS diagnosis and many individuals have a dual diagnosis of Asperger Syndrome and High Functioning Autism." (OASIS)

The current literature on Asperger's (OASIS- Online Asperger Syndrome;Information and Support) indicates that although children with AS are sometimes noted by teachers and parents to be somewhat "in their own world" and preoccupied with their own agenda, they are seldom as aloof as children with autism. In fact, most children with AS, at least once they get to school age, express a desire to fit in socially and have friends. They are often deeply frustrated and disappointed by their social difficulties. Their problem is not a lack of interaction so much as lack of effectiveness in interactions. They seem to have difficulty knowing how to" make connections" socially. Dr. Gillberg, an author on the topic, has described AS as a "disorder of empathy", the inability to effectively "read" others' needs and perspectives and respond appropriately. As a result, children with AS tend to misread social situations and their interactions and responses are frequently viewed by others as "odd". In reviewing Erin's previous reports and comments made by her mother and teachers, Erin clearly fits this image.

One of the key symptoms common between boys and **girls with Asperger's** is an intense interest in particular topics. Often boys are interested in trains or airplanes. Girls more frequently focus on animals or classic literature. Erin has a keen interest in animals, particularly felines. Another feature of AS among girls is a tendency to hang on to imaginary friends long they should have been outgrown. Mrs. Magee and the examiner discussed Erin's relationship with a teddy bear that persists to this day. Erin would have regular parties for her bear and created a whole story line for him.

According to Tony Attwood, Asperger teens "often dress in a haphazard way, not following fashion but preferring to wear the same comfortable outfit day after day. They may not wash or use deodorant unless prompted by their families. They may still enjoy toys and games that were popular in grammar school. When their parents try to bring them up to speed and to help them conform to their world, many **girls** with Asperger's rebel from what they perceive as constant parental criticism." Erin's teacher reported that she is unconcerned with her appearance. She still plays with Neopets, while other girls her age have moved on.

Because of an inability to pick up on social cues, children with Asperger's are unaware that others have thoughts, beliefs and viewpoints different than their own. In missing or misinterpreting another person's words, meaning, or mood, they process information incorrectly. As a result, they may blurt out something that hurts another child's feelings, such as telling her that her hair is ugly or her story boring, without understanding that the remark hurt someone else or realizing that an apology is in order. They may also respond to another by interrupting while the other person is speaking, acting silly, giving an irrelevant answer, or even becoming angry. Such behavior can cause confusion and anger in others, leading to eventual ostracism of the child with Asperger's. Dr. Kaler reported that Erin lacked perspective taking ability and lacked a sense of social mores. Mr. Re reported that Erin does not understand the social dynamics of relationships/friendships and alienates the other children when trying to engage them. In a telephone conversation with Erin's mother, she reported to the examiner that these types of social behaviors have been a large part of Erin's undoing. Noise sensitivity and inflexibility have also been significant contributors.

25

School districts determine that a student has autism or a disorder like autism if he exhibits any combination of the following autistic-like behaviors:

(1)     An inability to use oral language for appropriate communication; *Erin communicates well but does not engage in much reciprocal conversation. She informs. Over the course of the two assessment sessions, the examiner provided opportunities for Erin to ask questions or comment on the examiner's revelations. The examiner sought shared enjoyment during times of success. Erin was proud of her accomplishments and appreciated having an audience, but did not particularly appear to notice the examiner's reactions. The examiner mentioned some shared experiences, but Erin did not probe. Her conversations with the examiner revealed no curiosity about the person. Erin did wait while the examiner spoke or shared, but she did not remark upon the examiner's comments, but followed her own train of thought. She often looked impatient when the examiner spoke. However, when the examiner confessed a deficit (HTML and video games) Erin willingly provided resources for the examiner to access to improve her skills.*

(2)     A history of extreme withdrawal or relating to people inappropriately and continued impairment in social interaction from infancy through early childhood; *Erin continues to lack social awareness. She does not understand social cue and nuances. At Hebrew school her determination to enforce rules has led to physical altercations. Erin at times appears unaware that her behavior makes others uncomfortable. She can be aggressive with peers. She does not observe conventional personal space and lacks clues with regard to the emotions and feelings of others. As mentioned above, she does not make good social connections. It is important to note that while Erin has consistently reported that she has friends, she cannot name any but the two girls in her current class that she has known for a month. She interacts with adults well, but does not related to peers on their level.*

(3)     An obsession to maintain sameness; Erin's mother reports that she must prepare her for changes in her routine. Erin is uncomfortable with transitions and resists change. She is rigid in her behavior and will not change course once she has begun without early intervention in the behavioral sequence.

(4)     Extreme preoccupation with objects or inappropriate use of objects or both; *Erin's object use appears fairly typical.*

(5)     Self-stimulating, ritualistic behavior: *Has not been observed.*

[5 C.C.R. Sec. 3030(g); see also 34 C.F.R. Sec. 300.7(c)(1).]

In order to qualify for special education under this category, a child does not need to meet the medical definition of autism, just the educational definition.


Erin was initially referred for an assessment in 10/05 to rule in/out emotional disturbance. It was the determination of the court that Erin met the criteria for ED. At the time, AS was not offered as an alternative explanation for her behaviors. In reviewing the reports, this examiner looked for behavioral antecedents and functions. Erin was suspended for extreme instances of behavior, but presented with ongoing behavioral difficulties related to social interactions with peers. She also had difficulty when she perceived she had not done well on an assignment or when she was not allowed to complete work, before moving on. She demonstrated some perfectionistic tendencies. The ED criteria is met when one of the following conditions is met over a long period of time and to a marked degree.

26

1. An inability to learn which cannot be explained by intellectual, sensory or health factors. This targets students with disorders in thinking, anxiety disorders, or other significant psychological conditions. *NO*

2. An inability to build or maintain satisfactory interpersonal relationships with peers and teachers. This targets students who have fear driven avoidance of social or school interactions, withdrawn, isolated, excessive approval seeking or seeking of negative action by being ostracized, punished, humiliated or hurt by others. *Erin met this criteria in that she did not establish friendships with peers. However, for children with AS this is part of the disorder. She interacts well with adults and has developed relationships with adults at school. She is ostracisized and teased by others.*

3. Inappropriate types of behavior or feelings under normal circumstances is met when children have self destructive, catastrophic reactions to routine occurrences. It also targets children with non-purposive emotional responses and actions in common social or academic situations without apparent cause or motivation. *This criteria is also met if the AS label is not applied. However, for a child AS, aggression in response to the frustration, sensory overload and/or confusion is not atypical. The examiner feels that if this were marked "yes" than most children with ADHD, autism and Asperger's would be dually diagnosed. This examiner feels that the limiting criteria is intended to be applied when another explanation for the behavior is not available. However, this criteria at face value is marked "yes."*

4. A general pervasive mood of unhappiness or depression, death/injury obsessions, depression or dysthymia. *Erin did not meet this criteria. Although she has been diagnosed with depression, rating scale data and school records indicate that she did not manifest this behavior at school with the exception of the month prior to her expulsion. Erin is medicated for depression and she reports that this helps her mood. Erin did not achieve a significant score in the area of depression on any of the inventories utilized in this evaluation. She has been receiving ongoing therapy and medication, both proven to ameliorate depression; especially when used concurrently.*

5. A tendency to develop physical symptoms, pains or fears associate with person, social or school problems is most specifically met when the student's physical symptoms, pains or fears emanate from gross self -devaluation and / or persistent anxiety states. *This criteria was not met.*

**SUMMARY/ELIGIBILITY DOCUMENTATION:**
Erin is a bright, thirteen year old girl. Her academics are in the average to superior range. She demonstrates intact auditory and visual processing and her attention is within normal limits. Erin does present with significant behavior Whᵢch impede₍₎access to curriculum and instructional opportunities. Erin's behaviors have social underpinnings that support an autistic like eligibility. Parent report, rating scale data and record review indicate that Erin has Asperger's disorder. In reviewing the eligibility for autistic – like, Erin met three of the criteria (two are required for eligibility) The ED criteria was also discussed as part of this report, and while it is the opinion of the examiner that Erin's behaviors have a neurological origin and are related to AS; the ED criteria does not specifically state that the behaviors cannot be due to AS, however the Federal Register/Vo. 71 No. 156 states that "Children with one of the disabilities in § 300.8 should be identified as a child with a disability using the category that is most appropriate for the child. Some children may be identified under other disability categories, such as OHI, TBI, ED, or

27

speech impairment, and may also have low achievement and even meet SLD criteria. Services must meet the child's needs and cannot be determined by the child's eligibility category. At this time, the autistic like eligibility appears to be the most appropriate eligibility and services associated with the disorder appear to be more directly targeted to Erin's deficits. Special education services are warranted. This assessor recognizes that eligibility is not a descriptor of the person and that this eligibility, while a mechanism for accessing services, does not make Erin a different person.  As with all children, the strategies that have been effective to date will continue to be utilized and new techniques will be implemented as she grows and participates in new programs. The team is eager to help her achieve all of the wonderful things the she has shown he is capable of.

Standardized tests were administered and are considered valid and the *best estimate* for the date of testing.  Socio-cultural, environmental, economic and language factors do not appear to be adversely impacting test scores.

**DISCUSSION/RECOMMENDATIONS**

The most important starting point in helping a student with autistic like eligibility to  function effectively in school is for the staff (all who will come into contact with the child) to realize that the child has an inherent developmental disorder which causes  her to behave and respond in a different way from other students. Too often, behaviors in these children are interpreted as "emotional", or "manipulative", or some other term that misses the point that they respond differently to the world and its stimuli. It follows from that realization that school staff must carefully individualize their approach for each of these children; it will not work out to treat them just the same as other students (OASIS).

There are a number of general principles of managing most children with PDD of any degree in school, and they apply to AS, as well:

- The classroom routines should be kept as consistent, structured and predictable as possible. Children with AS often don't like surprises. They should be prepared in advance, when possible, for changes and transitions, including things such as schedule breaks, vacation days, etc.

- Continued placement in a structured environment with a small student to teacher ratio focused on behavioral, social, and emotional support. Consider placement targeted toward children with AS.

- Rules should be applied carefully. Many of these children can be fairly rigid about following "rules" quite literally. While clearly expressed rules and guidelines, preferably written down for the student, are helpful, they should be applied with some flexibility. The rules do not automatically have to be exactly the same for the child with AS as for the rest of the students--their needs and abilities are different.

- Staff should take full advantage of a child's areas of special interest when teaching. The child will learn best when an area of high personal interest is on the agenda. Teachers can creatively connect the child's interests to the teaching process. One can also use access to the special interests as a reward to the child for successful completion of other tasks or adherence to rules or behavioral expectations.

28

- Most students with AS respond well to the use of visuals: schedules, charts, lists, pictures , etc. In this way they are much like other children with PDD and autism.

- In general, try to keep teaching fairly concrete. Avoid language that may be misunderstood by the child with AS, such as sarcasm, confusing figurative speech, idioms, etc. Work to break down and simplify more abstract language and concepts

- Explicit, didactic teaching of strategies can be very helpful, to assist the child gain proficiency in "executive function" areas such as organization and study skills.

- Insure that school staff outside of the classroom, such as physical education teachers, bus drivers, cafeteria monitors, librarians, etc., are familiar with the child's style and needs and have been given adequate training in management approaches. Those less structured settings where the routines and expectations are less clear ten to be difficult for the child with AS.

- Try to avoid escalating power struggles. These children often do not understand rigid displays of authority or anger and will themselves become more rigid and stubborn if forcefully confronted. Their behavior can then get rapidly out of control, and at that point it is often better for the staff person to back off and let things cool down. It is always preferable, when possible, to anticipate such situations and take preventative action to avoid the confrontation through calmness, negotiation, presentation of choices or diversion of attention elsewhere.

- Referral to **Harbor Regional Center** due to assessors concerns related to the diagnosis of AS.

- A major area of concern as the child moves through school is promotion of more appropriate social interactions and helping the child fit in better socially. Formal, didactic social skills training can take place both in the classroom and in more individualized settings. Approaches that have been most successful utilize direct modeling and role-playing at a concrete level (such as in the Skill streaming Curriculum). By rehearsing and practicing how to handle various social situations, the child can hopefully learn to generalize the skills to naturalistic settings. It is often useful to use a dyad approach where the child is paired with another to carry out such structured encounters. The use of a "buddy system" can be very useful, since these children relate best 1-1 . Careful selection of a non-Asperger peer buddy for the child can be a tool to help build social skills, encourage friendships and reduce stigmatization. Care should be taken, particularly in the upper grades, to protect the child from teasing both in and out of the classroom, since it is one of the greatest sources of anxiety for older children with AS. Efforts should be made to help other students arrive at a better understanding of the child with AS, in a way that will promote tolerance and acceptance. Teachers can take advantage of the strong academic skills that many AS children have, in order to help them gain acceptance with peers. It is very helpful if the AS child can be given opportunities to help other children at times.

- Due to Erin's continued difficulties in the areas of social/emotional/behavioral problems recommendations include:

- design a quiet work space for use upon request

- provide regularly scheduled and frequent breaks

29

- use computerized learning activities, typing programs, assistive tech. support
- regular sessions with a social worker or school psychologist to facilitate social skills groups and peer support groups

In attempting to put a comprehensive teaching and management plan into place at school, it is often helpful for staff and parents to work closely together, since parents often are most familiar with what has worked in the past for a given child. It is also wise to put as many details of the plan as possible into an Individual Educational Plan so that progress can be monitored and carried over from year to year.

Thank you for the opportunity to work with Erin, she was delightful

_____          _____
Elaine Semple, Ph.D., LEP                                Date
TUSD District Psychologist

References: Most of the information in this report regarding Asperger's was taken directly from the following sources:
Asperger syndrome; Stephen Bauer, M.D MPH

OASIS: Online Asperger Syndrome Information and Support

(http://www.udel.edu/bkirby/asperger/)

Holliday-Willey, L. (1999) Pretending to be Normal: Living with Asperger's Syndrome. London. Jessica Kingsley Publications

**Asperg er's** and **Girls**: Tony Attwood: ISBN 9781932565409

30

Exhibit C

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### INDIVIDUALIZED EDUCATION PROGRAM

**Last Name:** _MAGEE_                **First Name:** _ERIN_                **IEP Date:** _2/7/2008_

**Last Annual IEP** _10/27/2005_  **Next Annual IEP** _11/13/2008_  **Original SPED Entry Date** _10/27/2005_

**Last Eval** _12/17/2007_  **Next Eval** _12/17/2010_

**Purpose of Meeting**  ☑Initial ☐Annual ☐Triennial ☐Transition ☐Pre-Expulsion ☐Interim ☐Expanded IEP ☐Other _____

**Birthdate** _6/4/1994_  **Age** _13_  **Gender** ☐Male ☑Female  **Grade** _Eighth grade_  **Migrant** ☐Yes ☑No

**Native Language** _English_  **EL** ☐Yes ☑No  ☐Redesignated  **Interpreter** ☐Yes ☐No

**Student ID** _101210_  **SSN#:** _;_  **SSID#** _____

**Residency** _10 Parent or Legal guardian_

**Parent/Guardian** _MARLOWE/MARYL MAGEE_                **Home Phone** _310-326-2694_
**Home Address** _3249 WHIFFLETREE LANE_                **Work Phone** _310-813-1788_
**City** _TORRANCE_                **Cell Phone** _____
**State** _CA_
**Zip** _90505_

**Parent/Guardian** _____                **Home Phone** _____
**Home Address** _____                **Work Phone** _____
**City** _____                **Cell Phone** _____
**State** _CA_
**Zip** _____

**District of Residence** _Torrance Unified_  **Residence School** _____

**Ethnicity Code/s** 1. _White_  2. _____  3. _____  4. _____

---

**INDICATE DISABILITY/S**

**Note: For initial and triennial IEPs, assessment must be done and discussed by IEP Team before determining eligibility.**

**Primary** _Autism (AUT)_  **Secondary** _None_

**\* Low Incidence Disability**                ☐Severe ☐Non Severe

☐Not Eligible for Special Education ☐Exiting from Sp. ED. (returned to reg. ed/no longer eligible)

**Describe how student's disability affects involvement and progress in general curriculum(or for preschoolers, participation in appropriate activities)** _Erin presents with a significant behavioral profile. Review of her cumulative records indicates that many of these behaviors appear related to social deficits, difficulty with transitions poor coping skills. Her profile is consistent with Asperger's disorder. She meets the autistic like eligibility in the followingareas:(1) An inability to use oral language for appropriate communication; Erin communicates well but does not engage in much reciprocal conversation. She informs. Over the course of the two assessment sessions, the examiner provided opportunities for Erin to ask questions or comment on the examiner's revelations. The examiner sought shared enjoyment during times of success. Erin was proud of her accomplishments and appreciated having an audience, but did not particularly appear to notice the examiner's reactions. The examiner mentioned some shared experiences, but Erin did not probe. Her conversations with the examiner revealed no curiosity about the person. Erin did wait while the examiner spoke or shared, but she did not remark upon the examiner's comments, but followed her own train of thought. She often looked impatient when the examiner spoke. When the examiner confessed a deficit (HTML and video games) Erin willingly provided resources for the examiner to access to improve her skills._

_(2) A history of extreme withdrawal or relating to people inappropriately and continued impairment in social interaction from infancy through early childhood; Erin continues to lack social awareness. She does not understand social cue and nuances. At Hebrew school her determination to enforce rules has led to physical altercations. Erin at times appears unaware that her behavior makes others uncomfortable. She can be aggressive with peers. She does not observe conventional personal space and lacks clues with regard to the emotions and feelings of others. As mentioned above, she does not make good social connections. It is important to note that while Erin has consistently_

*reported that she has friends, she cannot name any but the two girls in her current class that she has known for a month. She interacts with adults well, but does not related to peers on their level.*

*(3) An obsession to maintain sameness; Erin's mother reports that she must prepare her for changes in her routine. Erin is uncomfortable with transitions and resists change. She is rigid in her behavior and will not change course once she has begun without early intervention in the behavioral sequence. Access to peers and curriculum are effected.*

**For Initial Placements Only**
**Has the student received pre-referral early intervening service in the past two years** ☐Yes ☑No
**Date of initial referral for special education services** _____
**Person initiating the referral for special education service** _____
**Date District Received Parent Consent:** _____
**Date of initial meeting to determine eligibility** _____

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### SPECIAL FACTORS

**Student:** _ERIN MAGEE_                                    **IEP Date:** _2/7/2008_

**Did the student require assistive technology devices and/or services**   ☑No ☐Yes - Specify
_____

**Does the student require low incidence services, equipment and/or materials to meet educational goals?**
☑No ☐Yes (specify) _____

**Considerations if the student is blind or visually impaired:** _NA_

**Considerations if the student is deaf or hard of hearing:** _NA_

**EL** ☑No ☐Yes

**If the child is an English Learner, consider the language needs of the child as those needs relate to the IEP:**
_____

**Does student's behavior impede learning of self or others?** ☐No ☑Yes (describe) _____

   **If yes, specify positive behavior interventions, strategies, and supports** _Enrolled at Switzer School._

   ☐Behavior Support Plan (BSP) attached            ☐Behavior Intervention Plan (BIP) attached

**Areas of need to be addressed in goals for student to receive educational benefit** _Pre-voc Goal._

---

**Participation in State/District Wide Assessments (STAR)**

**(California Standards Test/CAT-6, California Modified Achievement Test, California Alternate Performance Assessment)**

☐Grade Exempt (before grade 2 and after grade 11)

☐MATH _____

☐SCIENCE _____

☐English Language Arts (ELA) _____

☐California Alternate Performance Assessment (CAPA) - Level 1. ☐2. ☐3. ☐4. ☐5. ☐
      The student will not participate in CAT-6/CST because _____
      Participation in the CAPA is appropriate because _____

> For 3, 4, & 5 preschoolers only (Desired Results Developmental Profile (DRDP))
> ☐DRDP-R   ☐DRDP Access
> **Adaptations:**
> ☐Not Applicable ☐Augmentative or alternative communication system. ☐Alternative mode for written language ☐Visual support ☐Assistive equipment or device ☐Functional positioning ☐Sensory support ☐Alternative response mode

☐ Other State-Wide/ District-Wide Assessments (Accommodations/Modifications) _____

☐ Other State-Wide/ District-Wide Assessment(s) Alternate _____
      Alternate assessment(s) appropriate because: _____

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

**Student:** _ERIN MAGEE_

**IEP Date:** _2/7/2008_

**Strengths/Preferences/Interests** _Erin has superior Reading skills. She is bright and creative and has a superior intellect. On the current survey, Mrs. Magee considers Erin to have strengths in her intelligence and creativity. She has strong spiritual leanings and great curiosity and humor._

**Concerns of parent relevant to educational progress**
_Mrs. Magee is primarily concerned with Erin's peer interaction, poor social skills, inability to shift direction in everyday life. Erin is hypersensitive to activity and noise and responds with violence when she is upset._

| CA Standards Test | English/Language Arts | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| | Math | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| CMA | English/Language Arts | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| | Math | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |
| | Science | ☐Adv. ☐Proficient ☐Basic ☐Below Basic ☐Far Below Basic |

| CAT-6 | English Language Arts _____ | Mathematics _____ | | |
| CAPA | English Language Arts _____ | Mathematics _____ | Science _____ | Other _____ |
| CELDT | Listening _____ | Speaking _____ | Reading _____ | Writing _____ |

**Other Assessment Data (e.g., curriculum assessment, other district assessment, etc.)** _Given the WJR-III, Erin's scores were as follows:_
_Broad Reading- SS 140, GE 18+_
_Passage Comprehension- SS 122, GE 18+_
_Writing Samples- SS 143, GE 18+_
_Math SKills- SS 102, GE 8.5_
_Math Reasoning- SS 109, GE 11.4_
_Applied Problems- SS 110, GE 13.0_
_Written Expression- SS 116, GE 12.9_
_Her lowest score was in the area of Math Fluency, which is a timed test. SHe had a SS of 94 and a GE of 7.1._

**Hearing (** _____ **)** ☐Pass ☐Fail ☐Other _____ **Vision Date (** _____ **)** ☐Pass ☐Fail ☐Other _____

**Preacademic/Academic/Functional Skills**
_Erin is at or above grade level in all academic areas._
**Communication Development**
_Not an area of concern at this time._
**Gross/Fine Motor Development** _Not an area of concern at this time._
**Social Emotional/Behavioral** _In the area of relating to people Erin is hit and miss. She can be outgoing with adults, but generally does not have good initiation skills with peers. She does not meet them on their level. Erin does not clearly understand social cues and social reciprocity. She is having a hard time making friends. She does not understand teasing in a friendly manner and perceives all teasing as insults and gets angry. She does not recognize that her reactions feed the behaviors of others. She can be very egocentric. She does not take a great deal of time with her appearance and is teased for it. She is involved in her work and does well when alone. She does not often seek out peers. Erin lacks strategies for dealing with frustration and and anger. She hits when she is upset. She has recently begun participating n Yoga and she says it helps her._
**Vocational** _Erin's behavior and lack of social skills will impact her._
**Adaptive/Daily Living Skills** _Erin lacks awareness of social conventions and mores. She does not have strong perspective taking skills. Overall, she is capable of caring for her own hygiene and she can use language to get her needs met._
**Health** _Not an area of concern at this time._

Page _5_ of ____

# SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
## ANNUAL GOALS AND OBJECTIVES

**Student:** *ERIN MAGEE*                                                                           **IEP Date:** *2/7/2008*

| Area of Need: _____<br>Previous goal # _____ Area<br><br>☐Met ☐Partially Met ☐Not Met<br>☐Continue ☐Modify ☐Discontinue<br><br>Baseline:<br>_____ | Measurable Annual Goal# _____<br>_____<br><br>☐Enables student to be involved/progress in general curriculum/state standard _____<br>☐Addresses other educational needs resulting from the disability<br>☐Linguistically appropriate<br>Person(s) Responsible _____ |
|---|---|
| **Short-Term Objective:** | Progress Report 1:<br>Summary of progress<br><br>Comment |
| **Short-Term Objective:** | Progress Report 2:<br>Summary of progress<br><br>Comment |
| **Short-Term Objective:** | Progress Report 3:<br>Summary of progress<br><br>Comment |
| **Goal: <u>Annual Review</u>**     Date: _____<br>Goal met ☐Yes ☐No<br>Comments: | |

57

# SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
## ANNUAL GOALS AND OBJECTIVES

**Student:** *ERIN MAGEE*          **IEP Date:** *2/7/2008*

| | |
|---|---|
| **Area of Need:** *Behavior* _____ <br> **Previous goal #** _____ **Area** _____ <br><br> ☐Met ☐Partially Met ☐Not Met <br> ☐Continue ☐Modify ☐Discontinue <br><br> **Baseline:** <br> *Based on teacher reports, Erin displays inappropriate social skills and has difficulty interacting with peers in a classroom situation.* | **Measurable Annual Goal#** *1, 2007/8* _____ <br> *By 12/17/08, after engaging in inappropriate behavior, Erin will accept consequences of behavior without angry outbursts with 100% accuracy in three out of four trials as measured by observation and charting.* <br><br> ☐**Enables student to be involved/progress in general curriculum/state standard** _____ <br> ☑**Addresses other educational needs resulting from the disability** <br> ☐**Linguistically appropriate** <br> **Person(s) Responsible** *Student, Teacher, Parent* |

| | |
|---|---|
| **Short-Term Objective:** *By 04/03/08, after engaging in inappropriate behavior, Erin will accept consequences of behavior without angry outbursts with 100% accuracy in three out of four trials as measured by observation and charting.* | Progress Report 1: <br> Summary of progress <br><br> Comment |
| **Short-Term Objective:** *By 06/05/08, after engaging in inappropriate behavior, Erin will accept consequences of behavior without angry outbursts with 100% accuracy in two out of four trials as measured by observation and charting.* | Progress Report 2: <br> Summary of progress <br><br> Comment |
| **Short-Term Objective:** *By 12/17/08, after engaging in inappropriate behavior, Erin will accept consequences of behavior without angry outbursts with 100% accuracy in one out of four trials as measured by observation and charting.* | Progress Report 3: <br> Summary of progress <br><br> Comment |
| **Goal: Annual Review**    **Date:** _____ <br> **Goal met** ☐Yes ☐No <br> **Comments:** | |

# SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
## ANNUAL GOALS AND OBJECTIVES

**Student:** *ERIN MAGEE*                                                      **IEP Date:** *2/7/2008*

| | |
|---|---|
| **Area of Need:** *initiation*<br>**Previous goal #** _____ **Area**<br><br>☐Met ☐Partially Met ☐Not Met<br>☐Continue ☐Modify ☐Discontinue<br><br>**Baseline:**<br>*Erin lacks skills to initiate and maintain appropriate interactions with peers.* | **Measurable Annual Goal#** *1*<br>*In a group counseling situation, Erin will role play initiation phrases with peers and practice maintaining reciprocal exchanges. By 12/13/08, in a group counseling situation, Erin will initiate a coversation with a peer on a general topic of interest with three complete exchanges 80% accuracy 3 out of 4 trials.*<br><br>☐**Enables student to be involved/progress in general curriculum/state standard** _____<br>☐**Addresses other educational needs resulting from the disability**<br>☐**Linguistically appropriate**<br>**Person(s) Responsible** _____ |
| **Short-Term Objective:** *In a group counseling situation, Erin will role play initiation phrases with peers and practice maintaining reciprocal exchanges. By 12/13/08, in a group counseling situation, Erin will initiate a coversation with a peer on a general topic of interest with two complete exchanges 70% accuracy 3 out of 4 trials.* | Progress Report 1:<br>Summary of progress<br><br>Comment |
| **Short-Term Objective:** *In a group counseling situation, Erin will role play initiation phrases with peers and practice maintaining reciprocal exchanges. By 12/13/08, in a group counseling situation, Erin will initiate a coversation with a peer on a general topic of interest with three complete exchanges 70% accuracy 3 out of 4 trials.* | Progress Report 2:<br>Summary of progress<br><br>Comment |
| **Short-Term Objective:** | Progress Report 3:<br>Summary of progress<br><br>Comment |
| **Goal: Annual Review    Date:** _____<br>**Goal met** ☐Yes ☐No<br>**Comments:** | |

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### ANNUAL GOALS AND OBJECTIVES

**Student:** _ERIN MAGEE_                                                    **IEP Date:** _2/7/2008_

| Area of Need: _____ <br> Previous goal # _____ Area <br><br> ☐Met ☐Partially Met ☐Not Met <br> ☐Continue ☐Modify ☐Discontinue <br><br> **Baseline:** <br> _____ | **Measurable Annual Goal#** _____ <br> _____ <br><br> ☐**Enables student to be involved/progress in general curriculum/state standard** _____ <br> ☐**Addresses other educational needs resulting from the disability** <br> ☐**Linguistically appropriate** <br> **Person(s) Responsible** _____ |
|---|---|

| **Short-Term Objective:** | Progress Report 1: <br> Summary of progress <br><br> Comment |
|---|---|
| **Short-Term Objective:** | Progress Report 2: <br> Summary of progress <br><br> Comment |
| **Short-Term Objective:** | Progress Report 3: <br> Summary of progress <br><br> Comment |

| **Goal: Annual Review**    Date: _____ <br> **Goal met** ☐Yes ☐No <br> **Comments:** |
|---|

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### ANNUAL GOALS AND OBJECTIVES

**Student:** *ERIN MAGEE*  　　　　　　　　　　　　　　　　**IEP Date:** *2/7/2008*

| | |
|---|---|
| **Area of Need:** _____<br>**Previous goal #** _____ **Area**<br><br>☐Met ☐Partially Met ☐Not Met<br>☐Continue ☐Modify ☐Discontinue<br><br>**Baseline:**<br>_____ | **Measurable Annual Goal#** _____<br>*By 12/17/2008 when Erin begins to exhibit inappropriate behaviors (related to interpersonal relations) and she is given a predetermined signal, Erin will stop and revert to her alternative/replacement behavior, with fewer than 2 cues in 4 out of 5 trials as measured by teacher/staff observation and records.*<br><br>☐**Enables student to be involved/progress in general curriculum/state standard** _____<br>☐**Addresses other educational needs resulting from the disability**<br>☐**Linguistically appropriate**<br>**Person(s) Responsible** _____ |
| **Short-Term Objective:** *By (date), when given role-play situations of inappropriate behaviors (related to interpersonal relations) , (student) will recognize the behavior and respond with the predetermined signal of her choice (hand signal, verbal cue, etc.) with fewer than 4 cues, 4 out of 5 trials, as measured by teacher observation or records.* | Progress Report 1:<br>Summary of progress<br><br>Comment |
| **Short-Term Objective:** *By (date), When involved in role-play situations where inappropriate behaviors (related to interpersonal relations) are displayed, (student) will role play alternative/replacement behaviors taught to her, with fewer that 4 cues, 4 out of 5 trials, as measured by teacher observation or records.* | Progress Report 2:<br>Summary of progress<br><br>Comment<br>____ |
| **Short-Term Objective:** | Progress Report 3:<br>Summary of progress<br><br>Comment |
| **Goal: Annual Review**　　　**Date:** _____<br>**Goal met** ☐Yes ☐No<br>**Comments:** | |

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### ANNUAL GOALS AND OBJECTIVES

**Student:** _ERIN MAGEE_                                          **IEP Date:** _2/7/2008_

| | |
|---|---|
| **Area of Need:** _Social Emotional/ expressing self_<br>**Previous goal #** _____ **Area**<br><br>☐Met ☐Partially Met ☐Not Met<br>☐Continue ☐Modify ☐Discontinue<br><br>**Baseline:**<br>_Erin has a significant history of temper tantrums. She is impulsive and aggressive. She has a short fuse and gets angry when frustrated academically or socially._ | **Measurable Annual Goal#** _____<br>_By 12/13/08 when upset or agitated, Erin will calmly and clearly state to an adult what is wrong with 70% accuracy in three of four situations as measured by observation and charting._<br><br>☐Enables student to be involved/progress in general curriculum/state standard _____<br>☑Addresses other educational needs resulting from the disability<br>☐Linguistically appropriate<br>Person(s) Responsible _____ |

| | |
|---|---|
| **Short-Term Objective:** _By 02/08 when upset or agitated, Erin will calmly and clearly state to an adult what is wrong with 70% accuracy in one of four situations as measured by observation and charting._ | Progress Report 1:<br>Summary of progress<br><br>Comment |
| **Short-Term Objective:** _By 05/08 when upset or agitated, Erin will calmly and clearly state to an adult what is wrong with 70% accuracy in two of four situations as measured by observation and charting._ | Progress Report 2:<br>Summary of progress<br><br>Comment |
| **Short-Term Objective:** | Progress Report 3:<br>Summary of progress<br><br>Comment |

| |
|---|
| **Goal: Annual Review**   **Date:** _____<br>**Goal met** ☐Yes ☐No<br>**Comments:** |

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### ANNUAL GOALS AND OBJECTIVES

**Student:** *ERIN MAGEE*                                          **IEP Date:** *2/7/2008*

| Area of Need: _social/emotional_ <br> Previous goal # _____ Area <br><br> ☐Met ☐Partially Met ☐Not Met <br> ☐Continue ☐Modify ☐Discontinue <br><br> **Baseline:** <br> *Erin has significant history of temper tantrums. She is impulsive and aggressive. She has a short fuse and gets angry when frustrated academically or socially.* | **Measurable Annual Goal#** _____ <br> *By 12/13/2008,when guided through the exercise, Erin will create a "menu" of six anger management strategies that she will use when angry or frustrated with 100% accuracy in two out of three trials as measured by observation and charting.* <br><br> ☐**Enables student to be involved/progress in general curriculum/state standard** _____ <br> ☑**Addresses other educational needs resulting from the disability** <br> ☐**Linguistically appropriate** <br> **Person(s) Responsible** _____ |
|---|---|
| **Short-Term Objective:** *By 02/2008,when guided through the exercise, Erin will create a "menu" of two anger management strategies that she will use when angry or frustrated with 100% accuracy in two out of three trials as measured by observation and charting.* | Progress Report 1: <br> Summary of progress <br><br> Comment |
| **Short-Term Objective:** *By 05/2008,when guided through the exercise, Erin will create a "menu" of four anger management strategies that she will use when angry or frustrated with 100% accuracy in two out of three trials as measured by observation and charting.* | Progress Report 2: <br> Summary of progress <br><br> Comment |
| **Short-Term Objective:** | Progress Report 3: <br> Summary of progress <br><br> Comment |
| **Goal:** **Annual Review**   **Date:** _____ <br> **Goal met** ☐Yes ☐No <br> **Comments:** | |

63

Page _12_ of _2(_

### SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
#### ANNUAL GOALS AND OBJECTIVES

**Student:** *ERIN MAGEE*                                         **IEP Date:** *2/7/2008*

<table>
<tr>
<td>
<b>Area of Need:</b> <u>social emotional</u><br>
<b>Previous goal #</b> _____ <b>Area</b><br><br>
☐Met☐Partially Met☐Not Met<br>
☐Continue☐Modify☐Discontinue<br><br>
<b>Baseline:</b><br>
<i>Erin has a significant history of temper tantrums. She is impulsive and aggressive. She has a short fuse and gets angry when frustrated academically or socially.</i>
</td>
<td>
<b>Measurable Annual Goal#</b> _____<br>
<i>By 12/13/2008, when prompted by a teacher or other adult,I Erin will identify three appropriate social strategies for dealing with anger disappointment and frustration with 100% accuracy in two of three trials as measured by observation, interview with student and data collection.</i><br><br>
☐<b>Enables student to be involved/progress in general curriculum/state standard</b> _____<br>
☑<b>Addresses other educational needs resulting from the disability</b><br>
☐<b>Linguistically appropriate</b><br>
<b>Person(s) Responsible</b> _____
</td>
</tr>
<tr>
<td>
<b>Short-Term Objective:</b> <i>By 02/2008, when prompted by a teacher or other adult,I Erin will identify one appropriate social strategy for dealing with anger disappointment and frustration with 100% accuracy in two of three trials as measured by observation, interview with student and data collection.</i>
</td>
<td>
Progress Report 1:<br>
Summary of progress<br><br>
Comment
</td>
</tr>
<tr>
<td>
<b>Short-Term Objective:</b> <i>By 05/2008, when prompted by a teacher or other adult,I Erin will identify two appropriate social strategies for dealing with anger disappointment and frustration with 100% accuracy in two of three trials as measured by observation, interview with student and data collection.</i>
</td>
<td>
Progress Report 2:<br>
Summary of progress<br><br>
Comment
</td>
</tr>
<tr>
<td>
<b>Short-Term Objective:</b>
</td>
<td>
Progress Report 3:<br>
Summary of progress<br><br>
Comment
</td>
</tr>
<tr>
<td colspan="2">
<b>Goal: <u>Annual Review</u></b>      <b>Date:</b> _____<br>
<b>Goal met</b> ☐<b>Yes</b>☐<b>No</b><br>
<b>Comments:</b>
</td>
</tr>
</table>

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### SERVICES

**Name:** *ERIN MAGEE*                                                          **IEP Date:** *2/7/2008*
**Service Options considered:** *NPS*

| SERVICES | | | | | | | |
|---|---|---|---|---|---|---|---|
| Service | Delivery/ Class Type | Start/End Date | Session (s) Times/ Minutes | Frequency | Duration (Total Minutes) | Provider | Location |
| *Specialized Academic Instruction* | *Individual SDC* | *12/17/2007* *12/17/2008* | *5 x 314* | *Weekly* | *1570* | *Nonpublic school (NPS) under contract with SELPA or district* | *Separate school or Special Education Center or facility* |
| *Counseling and guidance* | *Group DIS* | *12/17/2007* *12/17/2008* | *2 x 30* | *Weekly* | *60* | *Nonpublic school (NPS) under contract with SELPA or district* | *Separate school or Special Education Center or facility* |
| *Other special education/related services* | *Group DIS* | *2/7/2008* *12/17/2008* | *1 x 60* | *Weekly* | *60* | *Nonpublic agency (NPA) under contract with SELPA or district* | *Separate school or Special Education Center or facility* |

**ESY** ☑Yes ☐No

| Service | Delivery/ Class Type | Start/End Date | Session(s) Times/ Minutes | Frequency | Duration (Total Minutes) | Provider | Location |
|---|---|---|---|---|---|---|---|
| *Counseling and guidance* | | *12/17/2007* *12/17/2008* | | *Weekly* | | *Nonpublic school (NPS) under contract with SELPA or district* | *Separate school or Special Education Center or facility* |

**Notes**

PTN will be providing social skills training.

**Programs and services will be provided when a pupil is in attendance and consistent with the public school calendar and scheduled services, excluding holidays, vacations, conference schedules, and non-instructional days. The number of minutes per week is adjusted for weeks with fewer than five full days of instruction.**

**Physical Education** ☐General ☐Specially Designed (describe)_____
**Service District** *Torrance Unified*                    **Attendance School** *Switzer Center*
**School Type** *Nonpublic day school*                    **Federal Setting** *Separate school*
**Preschool Setting** _____

**Other Agency Services:** ☐California Children's Services(CCS) ☐Regional Center ☐Probation ☐Department of Rehabilitation ☐Dept. of Social Services(DSS) ☐Other _____

☐**County Mental Health (CMH)-**  **Student Eligible for Mental Health Services under Chapter 26.5?** ☐Yes ☑No
**Workability** ☐Yes ☐No          **Mental Health Services Language included on the IEP?** ☐Yes ☑No

**Plan Type:** _10 IEP or IFSP_
**Graduation Plan:** _10 To participate in high school curriculum leading to a diploma_

**Student will not participate in the general education environment for** _100% of time._

    **because** _Erin requires a NPS to best meet her academic and social_
_needs._

_100_ **% of time student is <u>outside</u> the regular education environment**
_0_ **% of time student is <u>in</u> the regular education environment**

**All special education services provided at student's school of residence?**  ☐Yes ☑No (rationale)
_NPS_

**Transportation** ☑Yes ☐No  ☐**General Ed** ☐**Special Ed**

☐**Activities to support transition(e.g. preschool to kindergarten, special education and/or NPS to general education class, 8th-9th grade, etc)**

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### Accommodations, Modifications, Supports and Supplementary Aids and Services

| Name: *ERIN MAGEE* | Birthdate: *June 4, 1994* | Date of Meeting: *2/7/2008* |
|---|---|---|

**Accommodations & Modifications to support access to Core Curriculum in General/Special Education environments:**

- ☐ Assignments adapted to student's level _____
- ☐ Reduced/shortened assignments _____
- ☐ Modified assignments _____
- ☐ Note taking support _____
- ☐ Highlight textbooks/study notes _____
- ☐ Use of visual place holder _____
- ☐ Large print _____
- ☐ Books on tape _____
- ☐ Use of manipulatives for _____
- ☐ Use of calculator _____
- ☐ Access to computer on campus _____
- ☐ Peer tutor/staff assistance in _____
- ☐ Use of scribe _____
- ☐ Other: explain _____

**Organization/Behavioral Support:**

- ☐ Preferential/assigned seating _____
- ☐ Use of assignment notebook planner _____
- ☐ Short breaks between assignments _____
- ☐ Cues/prompts/reminders of rules _____
- ☐ Supervision during unstructured time (recess,lunch,passing time between classes) _____
- ☐ Offer choices _____
- ☐ Use of sensory strategies _____
- ☐ Implementation of behavior support plan _____
- ☐ Home school communication system _____
- ☐ Other: explain _____

Comments:

_____

**Strategies related to Instruction/Grading**

- ☐ Present one task/direction at a time _____
- ☐ Instructions repeated/rephrased _____
- ☐ Check for understanding _____
- ☐ **Out of grade reading level** _____
- ☐ Extended time to complete assignments _____
- ☐ **Special projects in lieu of assignments** _____
- ☐ Access to separate study area _____
- ☐ Use of Essential Standards as basis for instruction _____
- ☐ Grading based on essential standards _____
- ☐ Gen Ed report card with spec. ed. notation _____
- ☐ Other: explain _____

**Strategies related to test situations:**

- ☐ Flexible setting (state where) _____
- ☐ Flexible time/scheduling _____
- ☐ Given in shortened time segments _____
- ☐ Test broken into parts (explain) _____
- ☐ Multiple sessions (state) _____
- ☐ Large print _____
- ☐ Braille _____
- ☐ Use of notes _____
- ☐ Open book _____
- ☐ Test Items read aloud except for English, Language Arts/Reading _____
- ☐ **Test items read aloud for entire test** _____
- ☐ Alternative response _____
- ☐ **Calculator/multiplication table**
- ☐ Word processor with functions disabled _____
- ☐ **Dictations/spell check/grammar check** _____
- ☐ Results of STAR testing not representative of IEP progress _____
- ☐ Other: explain _____

**Important Information:**

Modifications listed in bold represent "Category 3 modifications". Modifications alter or lower the standards and expectations of the course standards and test.  Significant modifications may lead to a non-diploma outcome and modified test results.

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### BEHAVIOR SUPPORT PLAN

| Name: *ERIN MAGEE* | Birthdate: *June 4, 1994* | Date of Meeting: *2/7/2008* |
|---|---|---|

This BSP attaches to: ☑IEP date: *12/17/2007*  ☐504 plan date: _____  ☐Team meeting date: _____

1. The behavior impeding learning is (describe what it looks like) *Aggressions when provoked; rude remarks to peers; noises when on/off task.*

2. It impedes learning because *prevents Erin from accessing the curriculum when she is out of school or out of the classroom for discipline. Noises interrupt other student's learning.*

3. The need for a Behavior Support Plan ☐early stage intervention ☑moderate ☐serious ☐extreme

4. Frequency or intensity or duration of behavior *aggression toward peers is infrequent and was reported by previous programs but not observed during the development of this BSP/FBA. The noises occur 4 times daily. Inappropriate interactions with peers app 3 x week.*

   reported by: *teacher* _____ and/or observed by: *psychologist* _____

5. Plan developed in collaboration with (please list team member names):
   *Owen Fudim* _____ *school counselor* _____ *school psychologist* _____

---

### PREVENTION PART 1: ENVIRONMENTAL FACTORS AND NECESSARY CHANGES

**Observation And Analysis**

6. What are the predictors for the behavior?
   *(Situations in which the behavior is likely to occur: people, time, place, subject, etc.)*
   *Aggression occurs in the classroom and/or on the playground when Erin perceives she is being mocked or taunted.*

   *Noises occur in the classroom during instructional time.*

7. What supports the student using the problem behavior?
   *(What is missing in the environment/curriculum or what is in the environment/curriculum that needs changing?)*
   *Noises appear to be internally/externally calming per Fudim's report. Erin is very sensitive to external noise - creating her own white noise helps her self regulate. Provides calming sensory input.*

   *Aggression toward peers stops the interaction and the perceived insult (either by scaring the peer or initiating Erin's removal from the situation.)*

**Intervention**

8. What environmental changes, structure and supports are needed to remove the student's need to use this behavior?
   *(Changes in Time/Space/Materials/Interactions to remove likelihood of behavior)*
   *Erin would benefit from noise mitigating strategies like headphones. Erin would benefit from being seated at the end of the row with the least proximity to peers. Seating near calm peers. Provision of social stories and direct instruction in small group situations in handling perceived insults. Direct instruction in social interactions and social cues.*
   Who will establish? *Team* _____ Who will monitor? *TEam* _____ Frequency *daily/ongoing*

---

### ALTERNATIVES PART 2: FUNCTIONAL FACTORS AND NEW BEHAVIOR TO TEACH AND SUPPORT

**Observation And Analysis**

9. Team believes the behavior occurs because:
   *(Function of behavior in terms of getting, protest, or avoiding something)*
   *Protest (peer aggression)*
   *Obtaining sensory input (noise making)*

10. What team believes the student should do INSTEAD of the problem behavior?
    *(How should the student escape/protest/avoid or get his/her need met in an acceptable way?)*
    *Use headphones to provide sensory input.*
    *Protest verbally using script (STOP) technique when feeling that she is being mocked.*

**ALTERNATIVES PART 2: FUNCTIONAL FACTORS AND NEW BEHAVIORS TO TEACH AND SUPPORT (Continued)**

<div style="writing-mode: vertical">Intervention</div>

11. What teaching Strategies/Necessary Curriculum/Materials are needed?
*(List successive teaching steps for student to learn replacement behavior/s))*
*Social stories; direct instruction in social cues; recognition of sensory needs.*
*Who will establish?* *Team* _____ *Who will monitor?* *Team* _____ *Frequency* *2X weekly* ____

12. What are reinforcement procedures to use for establishing, maintaining, and generalizing the replacement behavior(s)?
*Positive praise for appropriate use of strategies. At this point tangibles do not appear reinforcing for Erin-success is often its own reward for her.*

Selection of reinforcement based on: *Team input* _____
☑Reinforcer for using replacement behavior ☑Reinforcer for general increase in positive behaviors
By whom? *staff* _____ Frequency *ongoing* _____

---

**EFFECTIVE REACTION PART 3: REACTIVE STRATEGIES**

13. What strategies will be employed if the problem behavior occurs again? *(Prompt student to switch to the replacement behavior, positive discussion with student after behavior ends, any necessary further classroom or school consequences)*
*Prompt her to switch to replacement behavior; positve discussion following behaviors.*
Personnel? *staff* _____

---

14. **OUTCOME PART 4: BEHAVIORAL GOALS**
Behavioral Goal(s)
*see attached* _____          See Goals & Objectives page *see all goals*
The above behavioral goal(s) are to:  Increase use of replacement behavior and may also include:
☑Reduce frequency of problem behavior ☑Develop new general skills that remove student's need to use the problem behavior

---

15. **OBSERVATION AND ANALYSIS CONCLUSION:**
☑Yes ☐No   Are curriculum accommodations or modifications also necessary? Where described?

☑Yes ☐No   Are environmental supports/changes necessary?
☐Yes ☑No   Is reinforcement of replacement behavior alone enough (no new teaching is necessary)?
☑Yes ☐No   Are both teaching of new replacement behavior AND reinforcement needed?
☐Yes ☐No   This BSP to be coordinated with other agency's service plans?
Other agencies: _____     _____     _____
                        Agency Name          Contact Name          Contact Title
☐Yes ☐No   Person responsible for contact between agencies _____

---

16. **COMMUNICATION PART 5: COMMUNICATION PROVISIONS**
Manner and content of communication
*daily - charting* _____
Between? *home and school* _____ Frequency? *daily* _____

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### SIGNATURE AND PARENT CONSENT

Name: *ERIN MAGEE*

IEP Date: *2/7/2008*

### IEP Meeting Participants

| | | | | |
|---|---|---|---|---|
| _(signature)_ | 2/7/2008 | | | |
| **Parent** | **Date** | **Parent** | | **Date** |
| _(signature)_ | 2/7/08 | | | |
| **LEA Representative/Admin.Designee** | **Date** | **General Education Teacher** | | **Date** |
| ~~Student~~ _(signature)_ | | _(signature)_ | | 2/7/08 |
| ~~**Student**~~ | **Date** | **Special Education Specialist** | | **Date** |
| _(signature)_ Psy Spec 2-7-08 | | _(signature)_ 2/7/08 | | |
| **Additional Participant/Title** | **Date** | **Additional Participant/Title** | | **Date** |
| | | | | |
| **Additional Participant/Title** | **Date** | **Additional Participant/Title** | | **Date** |
| _(signature)_ Attorney 2/7/08 | | | | |
| **Additional Participant/Title** | **Date** | **Additional Participant/Title** | | **Date** |
| _(signature)_, OTD, OTR/L 2-7-08 | | | | |
| **Additional Participant/Title** | **Date** | **Additional Participant/Title** | | **Date** |

Parent requests translation of the IEP. ☐No ☐Yes   Language _____

**CONSENT**
☐ I agree to all parts of the IEP or I agree with the IEP, with the exception of _____
☐ I understand my child is **not** eligible for special education.
☐ I understand that my child is **no longer** eligible for special education.
☐ If my child is or may become eligible for Medi-Cal, I authorize per my signature below for the district to access Medi-Cal Health insurance benefits for applicable services.

**Signature below is to authorize and approve the IEP.**

Signature: _____   Date _____
☐Parent ☐Guardian ☐Surrogate ☐Adult student

Signature: _____   Date _____
☐Parent ☐Guardian ☐Surrogate ☐Adult student

☐ Student enrolled in private school by their parents. Refer to Individual Service Plan, if appropriate.
☐ For purposes of SEIS, this check certifies that the parent has signed this IEP.

Page _19_ of _21_

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### IEP TEAM MEETING COMMENTS

**Student:** _ERIN MAGEE_          **Birthdate:** _June 4, 1994_          **Date** _9/28/2007_

**Notes** _Spoke with mom over telephone to discuss assessment, and home hospital services. Mom indicates that the assessment cannot occur until the expulsion order is lifted as Erin is not allowed on any TUSD campus. So at this time, she cannot sign the assessment plan. Once an agreement is reached regarding a place for assessment to occur mom will reconsider signing._

_At this time, Erin is not in a school setting. The district is offering 5 hours per week of home hospital pending placement._

SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
IEP TEAM MEETING COMMENTS

Student: Erin Magee          Birthdate: 6-4-94          Date 2-7-08
Notes  Christie Kacmarcik, Stephanie Hunnel, Henry Tovmasian,
Arshia Mufti, (Bartacai, Annie), Mrs. Magee, Matt Horvath

Parents Right Given
Placement Options
Parent was not contacted by Village Glen.
Village Glen denied Erin
Annie RTN will provide Social Skills
training at Switzer
TUSD is offering placement at Switzer
Annie explained she helps Students with
Social skills. She will be working with Erin
and other students at Switzer in a group
situation. Some group therapy sessions
will be video taped for feedback
$ purposes.
Mrs Magee asked Annie if she is familiar
with Aspergers kids.
Annie explained she is very familiar with
Aspergers.
Henry wants to make sure Annie has
access to all assessment results.
Christie asked if Mrs Magee has any questions
regarding the BSP.
Parent is not ready to sign the IEP as of
today.

## SOUTHWEST SPECIAL EDUCATION LOCAL PLAN AREA (SELPA)
### IEP TEAM MEETING COMMENTS

Student: _____   Birthdate: _____   Date 2·7·08

Notes   Mrs Magee asked if the District was
paying for Switzer at this point.
Team discussed financial Compensation
for Switzer. Further discussion is needed
regarding past payment. ~~there~~
Christie and Annie discussed Services.
Mrs Magee agrees to part of the IEP but
Some Changes are needed. ~~The IEP will
be implemented on~~
   Social Skills Services will be provided for Erin
at Switzer.

73