UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-2164-CAS(RZx) consolidated with CV07-2218-CAS(JTLx) | Date | April 4, 2008 |
|---|---|---|---|
| Title | *TORRANCE UNIFIED SCHOOL DISTRICT v. E.M, ETC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Sharon Watt<br>Henry Rovmassian | Not Present |

**Proceedings:**   HEARING RE: IDEA APPEAL [CV07-2164-CAS(RZx)];

DEFENDANTS/COUNTERCLAIMANTS' MOTION FOR SUMMARY JUDGMENT [CV07-2164-CAS(RZx)]; and

SCHEDULING CONFERENCE

Hearing held and counsel are present. The Court confers with counsel and counsel argue. The Court takes defendants/counterclaimants' motion for summary judgment and the subject of the IDEA appeal under submission. The Court vacates the Scheduling Conference, subject to be reset upon the Court's ruling.

|  | 00 | : | 06 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |